B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kottke, Daniel James** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kottke, Cynthia Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4412** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8168** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3904 Main St.**<br>**McHENRY, IL**<br>ZIP Code **60050** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3904 Main St.**<br>**McHENRY, IL**<br>ZIP Code **60050** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11      of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information    *** Linda G. Bal 6202830 ***<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Kottke, Daniel James**
**Kottke, Cynthia Ann**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Linda G. Bal** _____ **January 31, 2015** ____<br>Signature of Attorney for Debtor(s)         (Date)<br>**Linda G. Bal 6202830** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Kottke, Daniel James**
**Kottke, Cynthia Ann**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel James Kottke**
Signature of Debtor  **Daniel James Kottke**

X **/s/ Cynthia Ann Kottke**
Signature of Joint Debtor **Cynthia Ann Kottke**

Telephone Number (If not represented by attorney)

**January 31, 2015**
Date

### Signature of Attorney*

X **/s/ Linda G. Bal**
Signature of Attorney for Debtor(s)

**Linda G. Bal 6202830**
Printed Name of Attorney for Debtor(s)

**Linda Bal Law Inc.**
Firm Name

**207 N. Walnut Street**
**Itasca, IL 60143**

Address

**Email: LindaBal@att.net**
**630-285-0255  Fax: 866-285-0754**
Telephone Number

**January 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Daniel James Kottke**
**Cynthia Ann Kottke**

Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    □ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Daniel James Kottke**
                           **Daniel James Kottke**

Date:   **January 31, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Daniel James Kottke**
     **Cynthia Ann Kottke** _____     Case No. _____
                                       Debtor(s)        Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Cynthia Ann Kottke**
                              **Cynthia Ann Kottke**

Date:      **January 31, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel James Kottke,**
**Cynthia Ann Kottke**
_____ ,
Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 944,000.00 | | |
| B - Personal Property | Yes | 4 | 106,416.48 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,166,502.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 50,725.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 621,975.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | 5,935.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,928.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| | | Total Assets | 1,050,416.48 | | |
| | | | Total Liabilities | 1,839,203.19 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Daniel James Kottke,**
      **Cynthia Ann Kottke**

Case No. _____

_____ ,
Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 50,725.55 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 50,725.55 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 5,935.00 |
| Average Expenses (from Schedule J, Line 22) | 5,928.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 6,347.44 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 288,140.57 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 50,725.55 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 621,975.64 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 910,116.21 |

B6A (Official Form 6A) (12/07)

.

In re    **Daniel James Kottke,**                                                                Case No. _____
         **Cynthia Ann Kottke**
                                                                    ,
                                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Dwelling**<br>**Location: 3415 Venice, McHenry IL 60050**<br><br>**Note: Property is in consent foreclosure. Previous ownership under C You at the Movies** | **Ownership under dissolved corporation C You at the Movies** | W | 215,000.00 | 330,176.78 |
| **McHenry Theater**<br>**Location: 1204 - 1208 Green St., McHenry IL 60050**<br><br>**Note: Property auctioned on 7/8/2014** | **Ownership under dissolved corproation C You at the Movies** | W | 400,000.00 | 325,685.46 |
| **Commercial Building**<br>**Location: 3904 Main St., McHenry IL 60050**<br><br>**Note: 2 rental units in building, See Schedule G** | | W | 329,000.00 | 329,887.76 |

|  | Sub-Total > | 944,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 944,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Daniel James Kottke,**                                   Case No. _____

          **Cynthia Ann Kottke**

                                            Debtors                 ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash in wallet/purse**<br>**Location: 3904 Main St., McHenry IL 60050** | **J** | **120.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending in: 7377X**<br>**Location: Midwest Operating Engineers Credit Union** | **H** | **582.67** |
| | | | **Savings account ending in: 4707**<br>**Location: State Bank of the Lakes** | **W** | **161.51** |
| | | | **Checking account ending in: 3406**<br>**Location: Home State Bank** | **W** | **0.00** |
| | | | **Negative balnace** | | |
| | | | **Business checking account ending in: 1101**<br>**Location: Home State Bank** | **W** | **501.12** |
| | | | **For Dancin Building** | | |
| | | | **Checking account ending in: 3938**<br>**Location: Harris Bank** | **W** | **255.33** |
| | | | **Note: Patricia L. Rowe also named on the account** | | |
| | | | **Savings/Share account ending in: 7377A**<br>**Location: Midwest Operating Engineers Credit Union** | **H** | **249.42** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary household goods and furnishings**<br>**Location: 3904 Main St., McHenry IL 60050** | **J** | **705.00** |
| | | | **Includes: Couch, Hide-a-Bed, 2-chairs, hutch, dining room table and 4-chairs, bed, 2-dressers, 2-night stands, desk, 2-hutch w/ 20" TV and 24" TV respect, 2-end tables, desk and 2-cahirs,** | | |

                                                  Sub-Total >         **2,575.05**

                                               (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Daniel James Kottke,**
       **Cynthia Ann Kottke**

Case No. _____

_____ ,
                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary wearing apparel** **Location: 3904 Main St., McHenry IL 60050** | J | 160.00 |
| 7. Furs and jewelry. | | **Mans watch, womans watch, wedding band, wedding ring, womans costume jewelry** **Location: 3904 Main St., McHenry IL 60050** | J | 145.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Digital camera** **Location: 3904 Main St., McHenry IL 60050** | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life Insurance** **Location: Lincoln National Life** **Policy ending in 6174** | W | 2,820.24 |
| | | **Whole Life Insurance** **Location: Lincoln National Life** **Policy ending in 6161** | W | 473.44 |
| | | **Whole Life Insurance** **Location: Lincoln National Life** **Policy ending in 3631** | W | 2,923.97 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Employer Pension** **Location: Midwest Operating Engineers Fringe Benefit Funds** | H | 80,550.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Brokerage Account** **Location: TD Ameritrade** | J | 2.78 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >    **87,125.43**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Daniel James Kottke,**
**Cynthia Ann Kottke,**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Lincoln MKX**<br>**Location: 3904 Main St., McHenry IL 60050** | W | 13,182.00 |

Sub-Total >     **13,182.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Daniel James Kottke,**
**Cynthia Ann Kottke,**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2000 Olds Bravado**<br>**Location: 3904 Main St., McHenry IL 60050**<br>**138,000 miles** | **H** | **1,409.00** |
| | | **2006 Chevy Aveo**<br>**Location: 3904 Main St., McHenry IL 60050**<br>**25,000 miles** | **H** | **2,000.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **Desktop and laptop computers, printer and**<br>**accessories**<br>**Location: 3904 Main St., McHenry IL 60050** | **J** | **75.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **File cabinet  and copy machine**<br>**Location: 3904 Main St., McHenry IL 60050** | **W** | **50.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **3,534.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **106,416.48** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Daniel James Kottke,**                                          Case No. _____
         **Cynthia Ann Kottke**
                                                            ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash in wallet/purse** | 735 ILCS 5/12-1001(b) | 120.00 | 120.00 |
| **Location: 3904 Main St., McHenry IL 60050** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account ending in: 7377X** | 735 ILCS 5/12-1001(b) | 582.67 | 582.67 |
| **Location: Midwest Operating Engineers Credit Union** | | | |
| | | | |
| **Savings account ending in: 4707** | 735 ILCS 5/12-1001(b) | 161.51 | 161.51 |
| **Location: State Bank of the Lakes** | | | |
| | | | |
| **Business checking account ending in: 1101** | 735 ILCS 5/12-1001(b) | 501.12 | 501.12 |
| **Location: Home State Bank** | | | |
| | | | |
| **For Dancin Building** | | | |
| | | | |
| **Checking account ending in: 3938** | 735 ILCS 5/12-1001(b) | 255.33 | 255.33 |
| **Location: Harris Bank** | | | |
| | | | |
| **Note: Patricia L. Rowe also named on the account** | | | |
| | | | |
| **Savings/Share account ending in: 7377A** | 735 ILCS 5/12-1001(b) | 249.42 | 249.42 |
| **Location: Midwest Operating Engineers Credit Union** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | 735 ILCS 5/12-1001(a) | 160.00 | 160.00 |
| **Location: 3904 Main St., McHenry IL 60050** | | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Whole Life Insurance** | 735 ILCS 5/12-1001(b) | 2,820.24 | 2,820.24 |
| **Location: Lincoln National Life** | | | |
| **Policy ending in 6174** | | | |
| | | | |
| **Whole Life Insurance** | 735 ILCS 5/12-1001(b) | 385.74 | 473.44 |
| **Location: Lincoln National Life** | | | |
| **Policy ending in 6161** | | | |
| | | | |
| **Whole Life Insurance** | 735 ILCS 5/12-1001(b) | 2,923.97 | 2,923.97 |
| **Location: Lincoln National Life** | | | |
| **Policy ending in 3631** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Employer Pension** | 735 ILCS 5/12-1006 | 80,550.00 | 80,550.00 |
| **Location: Midwest Operating Engineers Fringe Benefit Funds** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Lincoln MKX** | 735 ILCS 5/12-1001(c) | 3,800.00 | 13,182.00 |
| **Location: 3904 Main St., McHenry IL 60050** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Daniel James Kottke,**                                    Case No. _____
       **Cynthia Ann Kottke,**
                                         ,
                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2006 Chevy Aveo**<br>**Location: 3904 Main St., McHenry IL 60050**<br>**25,000 miles** | **735 ILCS 5/12-1001(c)** | **1,000.00** | **2,000.00** |

|  |  | Total: | **93,510.00** | **103,979.70** |
|---|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Daniel James Kottke,**
    **Cynthia Ann Kottke,**
                          **Debtors**

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx70-26** | | | Mortgage | | | | | |
| **Fifth Third Bank** **PO BOX 630337** **Cincinnati, OH 45263-0900** | | W | **McHenry Theater** **Location: 1204 - 1208 Green St.,** **McHenry IL 60050** **Note: Property auctioned on 7/8/2014** | | | | | |
| | | | Value $         400,000.00 | | | | 96,553.64 | 0.00 |
| Account No. **xxxxxx70-18** | | | Mortgage | | | | | |
| **Fifth Third Bank** **PO BOX 630337** **Cincinnati, OH 45263-0900** | | W | **McHenry Theater** **Location: 1204 - 1208 Green St.,** **McHenry IL 60050** **Note: Property auctioned on 7/8/2014** | | | | | |
| | | | Value $         400,000.00 | | | | 123,329.25 | 0.00 |
| Account No. **xxxx46-53** | | | 5/2/2005 Mortgage Single Family Dwelling Location: 3415 Venice, McHenry IL 60050 | | | | | |
| **Home State Bank** **40 Grant St.** **Crystal Lake, IL 60014** | | J | Note: Property is in consent foreclosure. Previous ownership under C You at the Movies | | | | | |
| | | | Value $         215,000.00 | | | | 330,176.78 | 115,176.78 |
| Account No. **case #14CH485** | | | | | | | | |
| **Zukowski, Rogers, Flood & McArdle** **50 Virginia St.** **Crystal Lake, IL 60014** | | | **Representing:** **Home State Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| **1**   continuation sheets attached | | | Subtotal (Total of this page) | | | | 550,059.67 | 115,176.78 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Daniel James Kottke,**           Case No. _____
      **Cynthia Ann Kottke**

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx #xxxxxx3631** <br><br> **Jefferson Pilot** <br> **PO Box515** <br> **Concord, NH 03302-0515** | | J | **Cross Collateral** <br><br> **Whole Life Insurance** <br> **Location: Lincoln National Life** <br> **Policy ending in 3631** <br><br> Value $      **2,923.97** | | | | **175,000.00** | **172,076.03** |
| Account No. **xxxx8502** <br><br> **LINCOLN AUTOMOTIVE FIN** <br> **12110 EMMET ST** <br> **OMAHA, NE 68164** | | W | **Opened 9/01/08 Last Active 7/30/14** <br><br> **Automobile** <br><br> **2008 Lincoln MKX** <br> **Location: 3904 Main St., McHenry IL 60050** <br> Value $      **13,182.00** | | | | **5,752.00** | **0.00** |
| Account No. **xx-xx-xx8-007** <br><br> **McHenry County Treasurer** <br> **2200 N. Seminary Ave** <br> **Woodstock, IL 60098** | | J | **10/31/2011** <br> **Real Estate Taxes** <br> **McHenry Theater** <br> **Location: 1204 - 1208 Green St., McHenry IL 60050** <br> **Note: Property auctioned on 7/8/2014** <br> Value $      **400,000.00** | | | | **105,802.57** | **0.00** |
| Account No. **x5265** <br><br> **State Bank of the Lakes** <br> **440 Lake St.** <br> **Antioch, IL 60002** | | J | **Mortgage** <br> **Commercial Building** <br> **Location: 3904 Main St., McHenry IL 60050** <br> **Note: 2 rental units in building, See Schedule G** <br> Value $      **329,000.00** | | | | **329,887.76** | **887.76** |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **616,442.33** | **172,963.79** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **1,166,502.00** | **288,140.57** |

B6E (Official Form 6E) (4/13)

.

In re    **Daniel James Kottke,**                                                    Case No. _____
         **Cynthia Ann Kottke**

_____ ,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Daniel James Kottke,**
**Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4188** <br><br> **IDES** <br> **Collections Section** <br> **33 S. State St.** <br> **Chicago, IL 60603** | | W | **2012 and 2013** <br><br> **Unemployment Taxes** | | | | 20,526.71 | 0.00 | 20,526.71 |
| Account No. **xx-xxx3593** <br><br> **Illinois Department of Revenue** <br> **Office Collection Section** <br> **PO Box 64449** <br> **Chicago, IL 60664** | | W | **TY 2011 and 2012** <br><br> **Witholding Income Tax and Sales/Use Tax & E911 Surcharge** | | | | 16,862.84 | 0.00 | 16,862.84 |
| Account No. **xx-xxx3593** <br><br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | | W | **TY 2010 to 2013** <br><br> **941 Payroll Tax** | | | | 13,336.00 | 0.00 | 13,336.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 50,725.55 | | 50,725.55 |

Total
(Report on Summary of Schedules)

| | | |
|---|---|---|
| | 0.00 | |
| 50,725.55 | | 50,725.55 |

B6F (Official Form 6F) (12/07)

In re **Daniel James Kottke,**
       **Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx945S<br><br>**AA Service Co.**<br>**550 Anthony Trail**<br>**Northbrook, IL 60062** | | J | **Trade debt - C You at the Movies** | | | | 370.00 |
| Account No. xxxx5043<br><br>**AA Service Co.**<br>**550 Anthony Trail**<br>**Northbrook, IL 60062** | | J | **Trade debt - C You at the Movies** | | | | 1,482.00 |
| Account No. xxxxxxxxxxx1490<br><br>**ADVANTA BANK CORP**<br>**PO BOX 31032**<br>**TAMPA, FL 33631** | | W | **Opened  9/01/05  Last Active  5/31/09**<br>**Charge Account** | | | | 4,245.00 |
| Account No. xxxx1490<br><br>**Carson Smithfield**<br>**PO BOX 31032**<br>**Tampa, FL 33631-3032** | | | **Representing:**<br>**ADVANTA BANK CORP** | | | | **Notice Only** |

| | | |
|---|---|---|
| __21__  continuation sheets attached | Subtotal<br>(Total of this page) | 6,097.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel James Kottke,**
         **Cynthia Ann Kottke**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx   xxx-xx-8168**<br><br>**Allen Maxwell &Silver**<br>**190 Sylan Ave.**<br>**Englewood Cliffs, NJ 07632** | | J | | **Trade debt - Open Road** | | | | 5,819.00 |
| Account No. **xxxx5468**<br><br>**ALLIANCEONE**<br>**4850 E STREET RD**<br>**TREVOSE, PA 19053** | | H | | **Opened  4/01/14**<br>**Collection Attorney NIPSCO/ ANGOLA  090** | | | | 144.00 |
| Account No. **xxxxx3706**<br><br>**ARM Solutions Inc**<br>**PO Box 2929**<br>**Camarillo, CA 93011** | | J | | **Collection Agency for MDC Enviromental Services** | | | | 682.15 |
| Account No. **xxxx2615**<br><br>**Arnold Scott Harris P.C.**<br>**111 W. Jackson Blvd., Ste.600**<br>**Chicago, IL 60604** | | J | | **collection Nicor Gas** | | | | 251.00 |
| Account No. **xxxx7748**<br><br>**Arnold Scott Harris P.C.**<br>**111 W. Jackson Blvd., Ste.600**<br>**Chicago, IL 60604** | | J | | **collection Nicor Gas** | | | | 1,145.00 |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,041.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel James Kottke,**
      **Cynthia Ann Kottke**
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2984**<br><br>**Arnold Scott Harris P.C.**<br>**111 W. Jackson Blvd., Ste.600**<br>**Chicago, IL 60604** | | J | **collection Nicor Gas** | | | | **989.86** |
| Account No. **xxxxxx  xxx-xx-8168**<br><br>**ASAP Vending**<br>**c/o Greenberg Traurig LLP**<br>**77 W. Wacker Dr.**<br>**Chicago, IL 60607** | | J | **Service Contract for C You at the Movies** | | | | **Unknown** |
| Account No. **xxxxxxxxxx9432**<br><br>**AT& T**<br>**PO BOX 5080**<br>**Carol Stream, IL 60197-5080** | | J | **Utility (C You at the Movies)** | | | | **178.62** |
| Account No. **xxxxx9060**<br><br>**AT&T Mobility**<br>**PO BOX 6463**<br>**Carol Stream, IL 60197-6428** | | J | **Utility (C You at the Movies)** | | | | **586.30** |
| Account No. **xxxxxxxxxxx8430**<br><br>**Bank Of America**<br>**ATTENTION: RECOVERY DEPARTMENT**<br>**4161 PEIDMONT PKWY.**<br>**GREENSBORO, NC 27410** | | W | **Opened 12/01/02  Last Active 10/29/13**<br>**Credit Card** | | | | **6,328.00** |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,082.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
       **Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9689**<br><br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | | J | credit card | | | | **6,328.00** |
| Account No. **xxxx9689**<br><br>**NCB Management Services**<br>**PO Box 1099**<br>**Langhorne, PA 19047** | | | Representing:<br>Bank of America | | | | **Notice Only** |
| Account No. **xxxxxxxx6900**<br><br>**BerkleyNet**<br>**PO Box 535080**<br>**Atlanta, GA 30353** | | J | Insurance | | | | **298.00** |
| Account No. **xxxx2921**<br><br>**Lamont, Hanley & Assoc**<br>**PO Box 179**<br>**Manchester, NH 03105** | | | Representing:<br>BerkleyNet | | | | **Notice Only** |
| Account No. **xxxx7652**<br><br>**Campbell's Tempracure**<br>**652 W. Terra Cotta**<br>**Crystal Lake, IL 60014** | | J | Service Contract | | | | **719.00** |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,345.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel James Kottke,**
**Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **C You at the Movies**<br><br>**Cartridge World Cary**<br>**3106 Three Oaks Rd**<br>**Cary, IL 60013** | | J | | **7/22/2014**<br>**Retail Purchase** | | | | **74.89** |
| Account No. **xxxx7462**<br><br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216-3250** | | J | | **collection Integrity Energy - Trade debt - C You at the Movies** | | | | **1,324.00** |
| Account No. **xxxx0158**<br><br>**Centegra Hospital--McHenry**<br>**P.O. Box 1447**<br>**Woodstock, IL 60098-1447** | | J | | **medical bill** | | | | **427.00** |
| Account No. **xxxx0222**<br><br>**Centegra Hospital--McHenry**<br>**P.O. Box 1447**<br>**Woodstock, IL 60098-1447** | | J | | **medical bill** | | | | **615.00** |
| Account No. **xxxx0273**<br><br>**Centegra Hospital--McHenry**<br>**P.O. Box 1447**<br>**Woodstock, IL 60098-1447** | | J | | **medical bill** | | | | **892.00** |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,332.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
 **Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx0338  Centegra Hospital--McHenry 4201 Medical Center Dr. McHenry, IL 60050 | | J | | medical bill | | | | 990.21 |
| Account No. xxxxxxxxxxx8568  CHASE P.O. BOX 15298 WILMINGTON, DE 19850 | | J | | Opened 11/01/97  Last Active  4/28/10 Credit Card | | | | 17,917.00 |
| Account No. xxxxxxxxxxx4254  CHASE P.O. BOX 15298 WILMINGTON, DE 19850 | | W | | Opened  4/01/88  Last Active  7/20/14 Credit Card - Slate | | | | 11,554.32 |
| Account No. xxxxxxxxxxx0392  CHASE P.O. BOX 15298 WILMINGTON, DE 19850 | | J | | Opened 12/01/86  Last Active  2/23/14 Credit Card - Slate | | | | 2,951.00 |
| Account No. xxxxxx0400  City of McHenry 333 S. Green St. McHenry, IL 60050 | | J | | Utility - McHenry Theater | | | | 284.29 |

Sheet no. __5__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,696.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
**Cynthia Ann Kottke,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx6039** | | | | Utility - Dancin Building , Inc. | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | | 31.08 |
| Account No. **xxxx5014** | | | | Utility - Dancin Building , Inc. | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | | 26.00 |
| Account No. **xxxx0015** | | | | Utility - C You at the Movies | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | | 2,631.67 |
| Account No. **xxxx0018** | | | | Utility - C You at the Movies - Zion Theater | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | | 1,318.00 |
| Account No. **xxxxxx6006** | | | | Utility - (C You at the Movies) | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | J | | | | | | 283.63 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,290.38 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel James Kottke,**                                                    Case No. _____
        **Cynthia Ann Kottke**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5011** <br><br> **Com Ed** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | J | **Utility** | | | | 176.00 |
| Account No. **xxxx1130** <br><br> **Com Ed** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | J | **Utility - Dancin Building , Inc.** | | | | 171.48 |
| Account No. **xxxxx1328** <br><br> **Com Ed** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197-6111** | | J | **Utility - Dancin Building , Inc. - 1101 N. Front St.** | | | | Unknown |
| Account No. **xxxx6966** <br><br> **Comcast Cable** <br> **PO Box 3002** <br> **Southeastern, PA 19398-3002** | | J | **Utility - 1101 Front St.** | | | | 549.21 |
| Account No. **xxxxxxxxxxx3015** <br><br> **Comcast Cable** <br> **PO Box 3002** <br> **Southeastern, PA 19398-3002** | | J | **Utility - (C You at the Movies)** | | | | 310.21 |

Sheet no. __**7**___ of __**21**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,206.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
     **Cynthia Ann Kottke**                                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6826 | | | Utility - (C You at the Movies) | | | | |
| Comcast Cable PO Box 3002 Southeastern, PA 19398-3002 | | J | | | | | 877.88 |
| Account No. x9200 | | | Service Contract - C You at the Movies | | | | |
| Concession Services 1723 S. Michigan Ave. Chicago, IL 60616 | | J | | | | | 770.70 |
| Account No. xxxx2577 | | | Trade debt - C You at the Movies | | | | |
| Crown Restrooms 1704 Lamb Rd., Unit B Woodstock, IL 60098 | | J | | | | | 850.00 |
| Account No. xxxxxx/xx6986 | | | CollectionAttorney for Gold Medal Products Co. (CYAM) | | | | |
| DeHann & Bach 25 Whitney Dr, Suite 106 Milford, OH 45150 | | J | | | | | 2,889.40 |
| Account No. xxx-xxx-2400 | | | Service Contract C You at the Movies | | | | |
| Deluxe Film Service 7620 Airport Business Parkway Van Nuys, CA 91406 | | J | | | | | 500.00 |

Sheet no. __8___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
    (Total of this page)      **5,887.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
       **Cynthia Ann Kottke**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3726 | | | Opened 10/01/93 Last Active 4/23/14 Credit Card | | | | |
| DISCOVER FIN SVCS LLC PO BOX 15316 WILMINGTON, DE 19850 | | J | | | | | 6,186.19 |
| Account No. xxxx3726 | | | Representing: | | | | |
| Capital Management Services PO BOX 964 Buffalo, NY 14220-0120 | | | DISCOVER FIN SVCS LLC | | | | Notice Only |
| Account No. xxxx0226 | | | Service Contract | | | | |
| Donmar Service Corp. PO BOX 790 Wheeling, IL 60090 | | J | | | | | 1,845.00 |
| Account No. xxxxxxxxxx0026 | | | Mortgage - Antioch Theater, 378 Lake St. Antioch, IL | | | | |
| Fifth Third Bank PO BOX 630900 Cincinnati, OH 45263-0900 | | J | | | | | 123,145.67 |
| Account No. xxxxxxx6000 | | | Opened 5/01/11 Last Active 7/03/14 Lease | | | | |
| FIRST DATA 1307 WALT WHITMAN RD MELVILLE, NY 11747 | | W | | | | | 66.68 |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,243.54

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel James Kottke,**
**Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9000** <br><br> **FIRST DATA** <br> **1307 WALT WHITMAN RD** <br> **MELVILLE, NY 11747** | | W | Opened  5/01/11  Last Active  7/03/14 <br> Lease | | | | 359.00 |
| Account No. **xxxxxxxx1000** <br><br> **FIRST DATA** <br> **1307 WALT WHITMAN RD** <br> **MELVILLE, NY 11747** | | W | Opened  5/01/11  Last Active  7/03/14 <br> Lease | | | | 53.81 |
| Account No. **xxxxxxxxxxx0242** <br><br> **First Insurance Funding** <br> **PO Box 66468** <br> **Chicago, IL 60666** | | J | Insurance (C You at the Movies) | | | | 1,787.76 |
| Account No. **xxx6014** <br><br> **Franks Gerkin McKenna** <br> **19333 E Grant Highway** <br> **Marengo, IL 60152** | | J | CollectionAttorney for Walt Disney Studios (C You at the Movies) | | | | 15,305.89 |
| Account No. **case #13SC01567** <br><br> **Freedman Anselmo Lindberg** <br> **1771 W. Diehl Rd., Ste.150** <br> **PO BOX 3228** <br> **Naperville, IL 60566-7228** | | H | CollectionAttorney for Velocity Investments. | | | | 2,331.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,837.46

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel James Kottke,**                                              Case No. _____
        **Cynthia Ann Kottke**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7973** | | | **Utility** | | | | |
| **Harris & Harris 111 W. Jackson Blvd., Ste.400 Chicago, IL 60604-4134** | | J | | | | | 558.86 |
| Account No. **xxxx0338** | | | **collection Centegra Health System** | | | | |
| **Harris & Harris, Ltd. 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654** | | J | | | | | 990.00 |
| Account No. **xxxx1699** | | | **collection Centegra Health System** | | | | |
| **Harris & Harris, Ltd. 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654** | | J | | | | | 1,390.00 |
| Account No. **xxxx0161** | | | **collection Centegra Health System** | | | | |
| **Harris & Harris, Ltd. 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654** | | J | | | | | 2,220.00 |
| Account No. **01100001** | | | **Trade debt - C You at the Movies** | | | | |
| **Hollywood Film 9265 Borden Ave. Sun Valley, CA 91352** | | J | | | | | 375.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)              5,533.86

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
     **Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7153**<br><br>**Home State Bank**<br>**40 Grant St.**<br>**Crystal Lake, IL 60039-1738** | | J | **Commercial Building**<br>**Location: 1210 Green St., McHenry IL 60050** | | | | **15,000.00** |
| Account No. **xxxx7152**<br><br>**Home State Bank**<br>**40 Grant St.**<br>**Crystal Lake, IL 60039-1738** | | J | **Commercial Building**<br>**Location: 1212 - 1216 Green St., McHenry IL 60050** | | | | **25,000.00** |
| Account No. **xxxx7154**<br><br>**Home State Bank**<br>**40 Grant St.**<br>**Crystal Lake, IL 60039-1738** | | J | **Commercial Building**<br>**Location: 1212 - 1216 Green St., McHenry IL 60050** | | | | **24,293.10** |
| Account No. **xxxxxx xxx-xx-8168**<br><br>**Johnson Mediation Services**<br>**455 Coventry Lane, Ste 106**<br>**Crystal Lake, IL 60014** | | J | **Legal Fees** | | | | **Unknown** |
| Account No. **xxxx4214**<br><br>**Just Energy**<br>**35190 Eagle Way**<br>**Chicago, IL 60678-1351** | | J | **Utility** | | | | **1,987.00** |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**66,280.10**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel James Kottke,**                                         Case No. _____
**Cynthia Ann Kottke**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx7675 <br><br> **KOHLS/CAPONE** <br> **N56 W 17000 RIDGEWOOD DR** <br> **MENOMONEE FALLS, WI 53051** | | W | | **Opened 10/01/04  Last Active  6/03/14** <br> **Charge Account** | | | | 738.12 |
| Account No. **Dancin Building Inc.** <br><br> **Lenore and William Lemker** <br> **1184 Westport Ridge** <br> **Crystal Lake, IL 60014** | | W | | **Investment Debt** | | | | 35,000.00 |
| Account No. xxx7368 <br><br> **Levy Diamond Bello & Assoc** <br> **PO Box 352** <br> **Milford, CT 06460** | | J | | **Collection Attorney for West World Media (C You at the Movies)** | | | | 2,689.06 |
| Account No. **C you at the Moives** <br><br> **Lionsgate Releasing Companies** <br> **Attn: Garry Clare** <br> **4 Chase Metrotech Ctr., 7th Flr E** <br> **Brooklyn, NY 11245** | | H | | **Trade debt** | | | | 2,750.00 |
| Account No. xxxx1164 <br><br> **McHenry Savings Bank** <br> **353 Bank Drive** <br> **McHenry, IL 60050** | | J | | **Business Loan - C You at the Movies Inc.** | | | | 10,000.00 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **51,177.18**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
        **Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0929** <br><br> **McHenry Savings Bank** <br> **353 Bank Drive** <br> **McHenry, IL 60050** | | J | Business Loan - C You at the Movies Inc. | | | | 17,221.07 |
| Account No. **xxxx0929** <br><br> **McHenry Savings Bank** <br> **353 Bank Drive** <br> **McHenry, IL 60050** | | J | Business Loan - C You at the Movies Inc | | | | 18,231.00 |
| Account No. **xxxx7930** <br><br> **Mercy Health System** <br> **PO BOX 5003** <br> **Janesville, WI 53547-5003** | | J | medical bill | | | | 344.00 |
| Account No. **Kottke - C You at the Moives** <br><br> **Nautilus Insurance Co.** <br> **c/o Great Divide Insurance Co.** <br> **Scottsdale, AZ 85290** | | J | Insurance | | | | 500.00 |
| Account No. **xxxx2312** <br><br> **Nicor Gas** <br> **PO BOX 5407** <br> **Carol Stream, IL 60197-5407** | | J | Utility | | | | 3,634.53 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,930.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel James Kottke,**
       **Cynthia Ann Kottke**

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0005**<br><br>**Nicor Gas**<br>**PO BOX 0632**<br>**Aurora, IL 60507-0632** | | J | **Utility** | | | | 58.00 |
| Account No. **xxxxxxx0148**<br><br>**Nicor Gas**<br>**PO BOX 0632**<br>**Aurora, IL 60507-0632** | | J | **Utility - Dancin building** | | | | 227.04 |
| Account No. **xxxx9933**<br><br>**North Shore Gas**<br>**PO BOX A3991**<br>**Chicago, IL 60690-3991** | | J | **Utility** | | | | 1,324.00 |
| Account No. **xxxx6740**<br><br>**North Shore Gas**<br>**PO BOX A3991**<br>**Chicago, IL 60690-3991** | | J | **Utility** | | | | 2,755.00 |
| Account No. **xxxx9845**<br><br>**North Shore Gas**<br>**PO BOX A3991**<br>**Chicago, IL 60690-3991** | | J | **Utility Dancin Building** | | | | 1,324.00 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,688.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel James Kottke,**
     **Cynthia Ann Kottke**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Antioch Theater** <br><br>**Park Circus LLC** <br>**c/o Chris Chouninard** <br>**28355 Witherspoon Pkwy.** <br>**Valencia, CA 91355** | | J | Trade debt - C You at the Movies | | | | 700.00 |
| Account No. **xxxxxxxx0943** <br><br>**Prince-Parker & Assoc Inc.** <br>**8625 Crown Crescent Ct.** <br>**Charlotte, NC 28247** | | J | Collection Agency for AT&T | | | | 214.90 |
| Account No. **xxxxxx  xxx-xx-8168** <br><br>**Rhyan Holdings LLC** <br>**840 Willow Road, Ste L** <br>**Northbrook, IL 60062** | | J | McHenry Theater | | | | **Unknown** |
| Account No. **xxxxxx  xxx-xx-8168** <br><br>**Robert E. Jackowiak** <br>**2440 Waterleaf Ln** <br>**Woodstock, IL 60098** | | W | Service Contract | | | | 2,200.00 |
| Account No. **xx1585** <br><br>**ROCKFORD MERCANTILE** <br>**2502 S. ALPINE RD** <br>**ROCKFORD, IL 61108** | | H | Opened  2/01/11 <br>Collection Attorney DEPENDICARE LOC 1 | | | | 633.00 |

Sheet no. __**16**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,747.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
**Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3001**<br><br>**Rozlin Financial Group**<br>**PO Box 537**<br>**Sycamore, IL 60178** | | | J | **Collection Agency for Quality Water Conditioning (C You at the Movies)** | | | | 228.93 |
| Account No. **xxxxxx  xxx-xx-8168**<br><br>**Scott Dehn**<br>**7203 Mohawk**<br>**Wonder Lake, IL 60097** | | W | | **Personal Injury** | | | | **Unknown** |
| Account No. **xx5114**<br><br>**Shaw Media**<br>**PO Box 250**<br>**Crystal Lake, IL 60039** | | | J | **Service Contract (C You at the Movies)** | | | | 570.47 |
| Account No. **xxxx5265**<br><br>**State Bank of the Lakes**<br>**440 Lake St.**<br>**Antioch, IL 60002** | | | J | **Personal Loan** | | | | 6,459.00 |
| Account No. **xxxx1048**<br><br>**STELLAR RECOVERY INC**<br>**1327 HIGHWAY 2 WES**<br>**KALISPELL, MT 59901** | | H | | **Opened  5/01/14  Last Active  6/03/14**<br>**Collection Attorney COMCAST** | | | | 293.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,551.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel James Kottke,**
**Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx xxx-xx-4412** | | | | personal loan from Irvin Kottke c/o Roseann Wolf | | | | |
| **Supreme Business Services** **40W595 Prairie Crossing** **Elgin, IL 60123** | | J | | | | | | |
| | | | | | | | | **192,678.00** |
| Account No. **xxxx5486** | | | | Trade debt - C You at the Movies | | | | |
| **Technicolor, Inc.** **PO BOX 848498** **Los Angeles, CA 90084-8498** | | J | | | | | | |
| | | | | | | | | **165.00** |
| Account No. **xxxx2554** | | | | medical bill | | | | |
| **The Methodist Hospitals** **PO BOX 66525** **Indianapolis, IN 46266-6525** | | J | | | | | | |
| | | | | | | | | **110.00** |
| Account No. **xxxx1717** | | | | Representing: The Methodist Hospitals | | | | |
| **United Recovery Service** **18525 Torrence Ave., Ste. C6** **Lansing, IL 60438** | | | | | | | | **Notice Only** |
| Account No. **C You at the Movies** | | | | Trade debt - C You at the Movies | | | | |
| **The Weinstein Company** **Attn: TWC Domestic Distribution** **Dept. CH 17365** **Palatine, IL 60055-7365** | | J | | | | | | |
| | | | | | | | | **820.00** |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**193,773.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel James Kottke,**
**Cynthia Ann Kottke**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C you at the Movies**<br><br>**Twentieth Century Fox Film corp**<br>**Attn: Accounts Receivable**<br>**5799 Collection Center Dr.**<br>**Chicago, IL 60693** | | J | Trade debt | | | | **1,804.26** |
| Account No. **xxxxx0442**<br><br>**Tyco Integrated Security**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967** | | J | Service Contract (C You at the Movies) | | | | **439.31** |
| Account No. **xxxxxxxxxxxx0076**<br><br>**US BK RMS CC**<br>**205 W 4TH ST**<br>**CINCINNATI, OH 45202** | | H | Opened 12/01/94  Last Active  9/22/09<br>Credit Card | | | | **Unknown** |
| Account No. **xxxxx0076**<br><br>**Freedman Anselmo Lindberg**<br>**1771 W. Diehl Rd., Ste.150**<br>**Naperville, IL 60563** | | | Representing:<br>US BK RMS CC | | | | **Notice Only** |
| Account No. **xxxxx124-9**<br><br>**Veolia ES Solid Waste**<br>**PO Box 6484**<br>**Carol Stream, IL 60197-6484** | | W | Service Contract - C You at the Movies - Zion Theater | | | | **Unknown** |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,243.57**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel James Kottke,**                                          Case No. _____
        **Cynthia Ann Kottke**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1201** | | | Utility for 376 Lake St. | | | | |
| **Village of Antioch** **874 Main St.** **Antioch, IL 60002** | | J | | | | | 131.04 |
| Account No. **xxxxxx5001** | | | Utility for 378 Lake St. | | | | |
| **Village of Antioch** **874 Main St.** **Antioch, IL 60002** | | J | | | | | 533.71 |
| Account No. **xxxx2609** | | | Trade debt - C You at the Movies | | | | |
| **Warner Bros.** **PO BOX 2910** **Toluca Lake, CA 91610** | | J | | | | | 150.00 |
| Account No. **xxxxxxxxx0886** | | | Service Contract (C You at the Movies) | | | | |
| **Waste Management** **Commercial** **PO Box 509** **Richfield, OH 44286** | | J | | | | | 427.67 |
| Account No. **xxx xxx6839** | | | Insurance | | | | |
| **Westfield Insurance** **PO Box 5001** **Westfield Center, OH 44251-5001** | | J | | | | | 516.75 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,759.17**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel James Kottke,**
       **Cynthia Ann Kottke**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx xxx1967**<br><br>**Westfield Insurance**<br>**PO Box 5001**<br>**Westfield Center, OH 44251-5001** | | | J | | Insurance - Dancin Building | | | | 475.92 |
| Account No. **xxxx7399**<br><br>**Yellow Pages United**<br>**PO BOX 53282**<br>**Atlanta, GA 30355** | | | J | | Trade debt - C You at the Movies | | | | 792.00 |
| Account No. **xxxxxxx #xxxx7883**<br><br>**Zukowski, Rogers, Flood & McArdle**<br>**50 Virginia St.**<br>**Crystal Lake, IL 60014** | | | J | | Legal Fees- C You at the Movies | | | | 13,961.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **15,228.92**

Total
(Report on Summary of Schedules)       **621,975.64**

B6G (Official Form 6G) (12/07)

.

In re    **Daniel James Kottke,**                                                                    Case No. _____
**Cynthia Ann Kottke,**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Sports Cards** <br> **3904 Main St., Unit #2** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** <br><br> **Month-to-month lease since 1999** |
| **Etch Salon** <br> **1212A N. Green St.** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** |
| **Harbor Walbangers** <br> **3904 Main St. Unit #1** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** <br><br> **Month-to-month lease since 1999** |
| **Hidden Pearl Cafe** <br> **1208 N. Green St.** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** |
| **Kustom Competitions** <br> **1210 N. Green St.** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** |
| **Lesleys Bakery** <br> **1214 N. Green St.** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** |
| **Libbys** <br> **1212B N. Green St.** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** |
| **McHenry County Clock** <br> **1216 N. Green St.** <br> **McHenry, IL 60050** | **Commercial rental** <br> **Debtor is lessor** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Daniel James Kottke,**
     **Cynthia Ann Kottke,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Daniel James Kottke** |
| Debtor 2 (Spouse, if filing) | **Cynthia Ann Kottke** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                          12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

**Part 1:**      **Describe Employment**

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status*** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **Business Owner** | **Operating Engineer** |
| **Employer's name** | **N/A** | **Retired** |
| **Employer's address** | | |
| **How long employed there?** | | |

**\*See Attachment for Additional Employment Information**

---

**Part 2:**      **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $      3,000.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $        0.00 | $      3,000.00 |

| Debtor 1 | **Daniel James Kottke** |
| Debtor 2 | **Cynthia Ann Kottke** |

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** | 4. $ _____ 0.00 | $ _____ 3,000.00 |
| 5. | List all payroll deductions: | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. $ _____ 0.00 | $ _____ 644.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. $ _____ 0.00 | $ _____ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. $ _____ 0.00 | $ _____ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. $ _____ 0.00 | $ _____ 0.00 |
| | 5e. **Insurance** | 5e. $ _____ 0.00 | $ _____ 0.00 |
| | 5f. **Domestic support obligations** | 5f. $ _____ 0.00 | $ _____ 0.00 |
| | 5g. **Union dues** | 5g. $ _____ 0.00 | $ _____ 0.00 |
| | 5h. **Other deductions. Specify:** _____ | 5h.+ $ _____ 0.00 + | $ _____ 0.00 |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ _____ 0.00 | $ _____ 644.00 |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. $ _____ 0.00 | $ _____ 2,356.00 |
| 8. | List all other income regularly received: | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ _____ 0.00 | $ _____ -12.00 |
| | 8b. **Interest and dividends** | 8b. $ _____ 0.00 | $ _____ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ _____ 0.00 | $ _____ 0.00 |
| | 8d. **Unemployment compensation** | 8d. $ _____ 0.00 | $ _____ 0.00 |
| | 8e. **Social Security** | 8e. $ _____ 1,760.00 | $ _____ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ _____ 0.00 | $ _____ 0.00 |
| | 8g. **Pension or retirement income** | 8g. $ _____ 1,831.00 | $ _____ 0.00 |
| | 8h. **Other monthly income. Specify:** _____ | 8h.+ $ _____ 0.00 + | $ _____ 0.00 |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ _____ 3,591.00 | $ _____ -12.00 |
| 10. | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 3,591.00 + $ 2,344.00 | = $ 5,935.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                                                11. +$ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                                         12. $ _____ 5,935.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

> **1) No future income from C You at the Movies is expected.**
>
> **2) Debtor has retired and will be receiving Social Security income in February and pension in March.**
>
> **3) Spouse begins new job in February w/ annual salary of $36000.**
>
> **Schedule I reflects these changes.**

| Debtor 1 | **Daniel James Kottke** |
|---|---|
| Debtor 2 | **Cynthia Ann Kottke** |

Case number (*if known*) _____

# Official Form B 6I
## Attachment for Additional Employment Information

| **Debtor** | |
|---|---|
| Occupation | |
| Name of Employer | **Everst Excavating, Inc.** |
| How long employed | |
| Address of Employer | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Daniel James Kottke** |
| Debtor 2 (Spouse, if filing) | **Cynthia Ann Kottke** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                    12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes.   Fill out this information for each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental** *Schedule J,* **check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on** *Schedule I: Your Income* **(Official Form 6I.)**

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **1,000.00**

   **If not included in line 4:**

   | | | | |
   |---|---|---|---|
   | 4a. | Real estate taxes | 4a. $ | **0.00** |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **30.00** |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **45.00** |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
   | 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| Debtor 1 | **Daniel James Kottke** | | |
|---|---|---|---|
| Debtor 2 | **Cynthia Ann Kottke** | Case number (if known) | |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **20.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **200.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **550.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **20.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **730.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **540.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **25.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **300.00** |
| | 15b. | Health insurance | 15b. $ | **900.00** |
| | 15c. | Vehicle insurance | 15c. $ | **135.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Taxes on SSm and Pension** | | 16. $ | **718.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **315.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:  **Education for Employment** | | 21. +$ | **50.00** |
| | **Union Dues** | | +$ | **50.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **5,928.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **5,935.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **5,928.00** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **7.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Daniel James Kottke**
**Cynthia Ann Kottke**
_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **43**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 31, 2015**          Signature   **/s/ Daniel James Kottke**
                                                  **Daniel James Kottke**
                                                  Debtor

Date   **January 31, 2015**          Signature   **/s/ Cynthia Ann Kottke**
                                                  **Cynthia Ann Kottke**
                                                  Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel James Kottke**
**Cynthia Ann Kottke**

Case No.

Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$42,000.00** | **2014: Husband Employment Income** |
| **$110,995.00** | **2013: Both Employment Income** |
| **$113,127.00** | **2012: Both Employment Income** |
| **$-7,200.00** | **2014: Wife Business Net Income** |
| **$19,154.00** | **2013: Wife Business Net Income** |
| **$46,859.00** | **2012: Wife Business Net Income** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-168.00 | 2014: Wife Rental Income |
| $-59,889.00 | 2013: Wife Rental Income |
| $-30,574.00 | 2012: Wife Rental Income |
| $70.00 | 2013: Both Interest / Dividends |
| $63.00 | 2012: Both Interest / Dividends |
| $-3,000.00 | 2013: Wife Capital Loss Carryover |
| $-3,000.00 | 2012: Both Capital Loss Carryover |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)
3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Home State Bank, Plaintiff**<br>**vs**<br>**C You at the Movies, Cynthia Ann Kottke et al,**<br>**Defendants**<br>**Case #14CH485** | **Foreclosure** | **Circuit Court of the Twenty-Second**<br>**Judicial Circuit**<br>**McHenry County, IL** | **Pending** |
| **Velocity Investments, LLC, Plaintiff**<br>**vs.**<br>**Daniel James Kottke, Defendant**<br>**Case #13 SC 01567** | **SMALL CLAIMS** | **Circuit Court of the Twenty-Second**<br>**Judicial Circuit**<br>**McHenry County, IL** | **Pending** |

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☐
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Home State Bank**<br>**40 Grant St.**<br>**Crystal Lake, IL 60039-1738** | | **Deed-in-lieu**<br>**Commercial Building**<br>**Location: 1210 Green St., McHenry IL 60050**<br>**FMV = $160,000.00** |
| **Home State Bank**<br>**40 Grant St.**<br>**Crystal Lake, IL 60039-1738** | | **Commercial Building**<br>**Location: 1212 - 1216 Green St., McHenry IL**<br>**60050**<br>**Value: $285,000** |

## 6. Assignments and receiverships

None
■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Linda Bal Law Inc.**<br>**207 N. Walnut Street**<br>**Itasca, IL 60143** | **7/7/2014** | **$2,000.00 for legal services.** |
| **Linda Bal Law Inc.**<br>**207 N. Walnut St.**<br>**Itasca, IL 60143** | **7/7/2014** | **$50.00 for credit report.** |
| **Access Counseling, Inc.** | **1/30/2015** | **$50.00 for credit counseling class.** |

### 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **DDC Investments LLC**<br>**c/o Zukowski, Rogers, Flood & McCardle**<br>**50 Virginia St.**<br>**Crystal Lake, IL 60014**<br>   **Arms Length** | **7/2/2014** | **Antioch Theater - 378 Lake St., Antioch, IL**<br>**Sale Price $72,564.93**<br><br>**Sold at Auction by Fifth Third Bank**<br>**Owned by corporation - received $720.55 in proceeds** |

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bruce Barry**<br>**9016 Swanson Rd.**<br>**Lake in the Hills, IL 60156**<br>  **Brother-in-law** | **July, 2013** | **23-foot Maxum Cuddy Boat and Boat Trailer**<br>**Sold for $5,000** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **State Bank of the Lakes**<br>**440 Lake St.**<br>**Antioch, IL 60002** | **Business checking account ending in:**<br>**9163**<br>**For C You at the Movies**<br>**Ending balalnce zero**<br><br>**Note: Zero balance** | **Closed July 31, 2014** |
| **Chase Bank**<br>**PO BOX 659732**<br>**San Antonio, TX 78265** | **Checking account ending in: 8906** | **Closed May, 2014**<br>**Negative final balance** |
| **Home State Bank** | **Business checking account ending in:**<br>**4601**<br><br>**For C You at the Movies** | **Closed Dec, 2014**<br>**Final balance 253.14** |
| **McHenry Savings Bank**<br>**353 Bank Drive**<br>**McHenry, IL 60050** | **Business checking account ending in:**<br>**1164**<br>**For C You at the Movies** | **Oct. 31, 2014**<br>**Closed by bank due to**<br>**negative balances.** |

---

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3415 Venice<br>McHenry, IL 60050 | Daniel James Kottke<br>Cynthia Ann Kottke | 2006 to 2014 |

---

**16.  Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **"C" You at the Movies, Inc.** | 16-1663593 | **1101 N. Front St. McHenry, IL 60050** | **Motion Picture Service** | 5/21/2003 to 10/2014 |
| **Dancin Building Inc.** | 01-0760150 | **1101 N. Front St. McHenry, IL 60050** | **Real Estate Rental** | 1/1/2006 to 9/2014 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Glanz & Assoc P.C.**                                  **2003 to Present for both Corporations**
**23 Grant St.**
**Crystal Lake, IL 60014**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

B7 (Official Form 7) (04/13)
8

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Cindy Kottke** **3904 Main St.** **McHenry, IL 60050** | **President and sole owner of both Corporations** | **9/2014** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **January 31, 2015**              Signature  **/s/ Daniel James Kottke**
                                                    **Daniel James Kottke**
                                                    Debtor

Date  **January 31, 2015**              Signature  **/s/ Cynthia Ann Kottke**
                                                    **Cynthia Ann Kottke**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel James Kottke**
**Cynthia Ann Kottke**
_____

Debtor(s)

Case No. _____

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**McHenry Theater**<br>**Location: 1204 - 1208 Green St., McHenry IL 60050**<br><br>**Note: Property auctioned on 7/8/2014** |

Property will be (check one):
&#9632; Surrendered              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt              &#9632; Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**McHenry Theater**<br>**Location: 1204 - 1208 Green St., McHenry IL 60050**<br><br>**Note: Property auctioned on 7/8/2014** |

Property will be (check one):
&#9632; Surrendered              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt              &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Home State Bank** | **Describe Property Securing Debt:**<br>**Single Family Dwelling**<br>**Location: 3415 Venice, McHenry IL 60050**<br><br>**Note: Property is in consent foreclosure. Previous ownership under C You at the Movies** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Jefferson Pilot** | **Describe Property Securing Debt:**<br>**Whole Life Insurance**<br>**Location: Lincoln National Life**<br>**Policy ending in 3631** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**LINCOLN AUTOMOTIVE FIN** | **Describe Property Securing Debt:**<br>**2008 Lincoln MKX**<br>**Location: 3904 Main St., McHenry IL 60050** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**McHenry County Treasurer** | **Describe Property Securing Debt:**<br>**McHenry Theater**<br>**Location: 1204 - 1208 Green St., McHenry IL 60050**<br><br>**Note: Property auctioned on 7/8/2014** |

Property will be (check one):
&#9632; Surrendered                              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                              &#9632; Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**State Bank of the Lakes** | **Describe Property Securing Debt:**<br>**Commercial Building**<br>**Location: 3904 Main St., McHenry IL 60050**<br><br>**Note: 2 rental units in building, See Schedule G** |

Property will be (check one):
&#9632; Surrendered                              &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                              &#9632; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**American Sports Cards** | **Describe Leased Property:**<br>**Commercial rental**<br>**Debtor is lessor**<br><br>**Month-to-month lease since 1999** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |
| Property No. 2 | | |
| **Lessor's Name:**<br>**Etch Salon** | **Describe Leased Property:**<br>**Commercial rental**<br>**Debtor is lessor** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |
| Property No. 3 | | |
| **Lessor's Name:**<br>**Harbor Walbangers** | **Describe Leased Property:**<br>**Commercial rental**<br>**Debtor is lessor**<br><br>**Month-to-month lease since 1999** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |
| Property No. 4 | | |
| **Lessor's Name:**<br>**Hidden Pearl Cafe** | **Describe Leased Property:**<br>**Commercial rental**<br>**Debtor is lessor** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |
| Property No. 5 | | |
| **Lessor's Name:**<br>**Kustom Competitions** | **Describe Leased Property:**<br>**Commercial rental**<br>**Debtor is lessor** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |
| Property No. 6 | | |
| **Lessor's Name:**<br>**Lesleys Bakery** | **Describe Leased Property:**<br>**Commercial rental**<br>**Debtor is lessor** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |
| Property No. 7 | | |

B8 (Form 8) (12/08)                                                                                    Page 5

| Lessor's Name:<br>Libbys | Describe Leased Property:<br>Commercial rental<br>Debtor is lessor | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |
|---|---|---|
| Property No. 8 | | |
| Lessor's Name:<br>McHenry County Clock | Describe Leased Property:<br>Commercial rental<br>Debtor is lessor | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 31, 2015**                    Signature  **/s/ Daniel James Kottke**
                                                          **Daniel James Kottke**
                                                          Debtor

Date  **January 31, 2015**                    Signature  **/s/ Cynthia Ann Kottke**
                                                          **Cynthia Ann Kottke**
                                                          Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Daniel James Kottke**
**Cynthia Ann Kottke**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 31, 2015**

**/s/ Linda G. Bal**
**Linda G. Bal 6202830**
**Linda Bal Law Inc.**
**207 N. Walnut Street**
**Itasca, IL 60143**
**630-285-0255  Fax: 866-285-0754**
**LindaBal@att.net**

---

## LINDA G. BAL

**ATTORNEY AT LAW, MBA**
Linda  Bal Law Inc.
207 North Walnut Street • Itasca, Illinois  60143
630.285.0255 • Fax: 866.300.1077
Email: LindaBal@att.net

---

## Bankruptcy Retainer Agreement    McHenry

### OUR LAW FIRM IS A DEBT RELIEF AGENCY. WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE US BANKRUPTCY CODE.

In consideration for services to be rendered to undersigned Client(s), _____
**DANIEL  JAMES  KOTTKE  +  CYNTHIA ANN KOTTKE** ("Client")
retain Attorney, Linda G. Bal, ("Attorney"), in connection with representing Client regarding
bankruptcy matters, Client, jointly and severally agrees to the following:

1.  The Flat Fee of $ **2,000** for Legal Fees is required to be paid for
    representation of Client in Chapter 7 Bankruptcy Case.  In the event that Client
    elects not to proceed with the bankruptcy filing, the Law office of Linda Bal Law
    Inc. will retain Three hundred dollars ($300.00) of the initial retainer fee for
    administrative expenses plus earned fees, including legal fees billed at $200.00
    per hour and paralegal time billed at $100.00 per hour, and refund any unearned
    balance.

2.  An additional $335.00, payable to Attorney Linda Bal, for the Court Filing Fee of
    the Bankruptcy Petition.

3.  An additional $50.00 fee, payable to Attorney Linda Bal, for the Tri-Pull Credit
    Report , which will be used to assist our office in determining Client's  credit card
    debt and Client's debt in collection.

4.  An additional $38.00 fee, payable to the Credit Counseling Class Company, for
    two Required Credit Counseling Courses ($24.00 for first class and $14.00 for
    second class – if taken on internet). This fee is to be paid directly to the Credit
    Counseling Course Company.

4.  **Client understands that Attorney will not do any work on client's
    file until Legal Fee (line 1), Court Filing Fee (line 2) and Credit
    Report Fee (line 3) are paid in full.**

*[handwritten margin notes:]*
$2000
335
50
$2385

pd 7-7-14
1385.00
#1279  1009.00
# 5457  2385

Paid in
full
Z Bal

AUG-14-2014  17:26          LINDA BAL & ASSOC                    866 285  0754   P.02/06

Case 15-80244   Doc 1   Filed 01/31/15   Entered 01/31/15 18:27:56   Desc Main
                                Document      Page 67 of 83
Linda Bal Law Inc.
Bankruptcy Retainer Agreement
Page 2 of 6

5.  Client understands that the Bankruptcy Petition will be prepared for Client's review and signing within twenty one days (21) days after all the following are submitted to our office: (a) Legal Fee, (b) Court Filing Fee, (c) Credit Report Fee, (d) Client has submitted copies of all required documents and (e) Client has taken the first Bankruptcy Credit Counseling Class.

6.  Once the Bankruptcy Petition is signed by the Client and filed with the Court, additional bills can be added to the Bankruptcy Petition through an Amendment for a fee of One Hundred Fifty Dollars ($150.00) per Amendment. This fee must be received prior to filing the Amendment. Amendments can be filed with the Court up until the date of Final Discharge.

7.  Client understands that if any check given in payment to Attorney is returned for insufficient funds, Client agrees to immediately pay Attorney a Forty Dollar ($40.00) NSF check fee in addition to the amount of the returned check. This payment and any future payments must therefore be made in cash, certified check or money order.

8.  Attorney reserves the right to withdraw from Client representation at any time, if among other things, Client fails to honor the terms of this Agreement, including non-payment of Attorney and court filing fees; Client fails to cooperate or follow advice on a material matter, or if any fact or circumstance arises or is discovered that would render continuing representation unlawful or unethical. Client is aware of an ethical requirement imposed upon all Attorneys in the State of Illinois and Attorney is an officer of the court. If a Client, in the course of representation by an Attorney, perpetrates a fraud upon any person or tribunal, the Attorney is obligated to call upon the Client to rectify the same. If the Client refuses or is unable to do so, the Attorney is required to reveal the fraud to the affected person or tribunal.

9.  Since the outcome of negotiations and litigation is subject to factors which cannot always be foreseen, Client acknowledges and understands that Attorney has made no promises or guarantees to Client concerning the outcome and is unable do so. Nothing in this Bankruptcy Retainer Agreement shall be construed as such a promise or guarantee.

10. Client agrees that Attorney may discard Client records within three (3) years of the completion of the Client's bankruptcy case.

11. Attorney shall provide Client with the following services:

    a.  Review and analyze Clients financial circumstances based on information provided by Client.

AUG-14-2014  17:26            LINDA BAL & ASSOC                866 285  0754  P.03/06
Case 15-80244  Doc 1  Filed 01/31/15  Entered 01/31/15 18:27:56  Desc Main
                              Document     Page 68 of 83
Linda Bal Law Inc.
Bankruptcy Retainer Agreement
Page 3 of 6

b.  If possible and to the extent possible, based on the information provided by Client, advise Client of the Clients options, including but not limited to bankruptcy options.

c.  Inform Client what information Client needs to provide Attorney in order to allow Attorney to provide appropriate advice and option information, in the event such information Client provided is insufficient.

d.  Advise Client of the appropriate requirements in connection with the filing of a Chapter 7 or Chapter 13 bankruptcy, including the duties of Client connected with such filing.

e.  Assuming that a U.S. Bankruptcy proceeding is filed, Attorney services will include all typical Attorney required participation in such proceeding. Attorney Bal or one of her Associate Attorneys will attend the Meeting with the Trustee, 341 Meeting.

f.  If Client's proceeding requires additional, but not customary work, Attorney will inform Client directly, and enter into a separate written contract for such services to fully apprise Client of the fees, payment requirements, and expected services to be provided.

12.  Client acknowledges his/her obligation to make full and complete disclosure of all assets and all liabilities, and to provide all documents and information requested by the Attorney, before the bankruptcy petition can be prepared and filed with the court.

13.  Client acknowledges that he/she must take two Credit Counseling Classes. The Pre-Petition Class must be taken before the Bankruptcy is filed. The Post-Petition Class must be taken after the Bankruptcy is filed and client has been assigned Bankruptcy Case Number. **Client acknowledges that their Bankruptcy cannot be finalized unless both Credit Counseling Classes are taken.**

14.  Client acknowledges that Attorney does not represent Client in any other type of case, lawsuit or proceeding other than Clients Bankruptcy case.

15.  Client acknowledges that only copies of documents are to be submitted to Attorney. No documents submitted to Attorney will be returned to Client.

16.  **Client acknowledges that the Attorney will not research creditor information, including addresses, account numbers, or balances. The Client must provide this information to the Attorney in writing. Failure to do so may result in unscheduled debts subject to non-dischargeability.**

AUG-14-2014  17:27      LINDA BAL & ASSOC                866 285  0754   P.04/06
Case 15-80244   Doc 1   Filed 01/31/15   Entered 01/31/15 18:27:56   Desc Main
Document     Page 69 of 83
Linda Bal Law Inc.
Bankruptcy Retainer Agreement
Page 4 of 6

17. **Client agrees that the following matters are not included within the scope of this Flat Fee Bankruptcy Retainer Agreement.** Client agrees that, as to the matters listed below, the Attorney will not take any action on Clients behalf, without a written request and/or a separate Retainer Agreement and possibly an additional retainer:

   a. **Preparing Reaffirmation Agreements**, negotiating the terms of reaffirmation agreements proposed by creditors, motions to redeem personal property, and negotiating reaffirmation agreements when Clients income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement.

   b. **Removal of bank account freezes.**

   c. **Removal of wage garnishments.**

   d. **Getting creditors who have been discharged in their Bankruptcy to stop calling.**

   e. Correcting Credit Reports.

   f. Obtaining title reports.

   g. Removal of a pending action in another court. Motion to impose or extend the bankruptcy stay.

   h. The determination of real estate or tax liens.

   i. **Motions to Discuss Clients bankruptcy case filed by the Trustee, U.S. Trustee, or any creditor.**

   j. **Any Adversary Proceeding** filed by the Trustee, U.S. Trustee, or any other party on any basis, including, without limitations, proceedings to determine dischargability of debts.

   k. Appeals to the BAP, District Court of Court of Appeals.

   l. Negotiations with Check Systems regarding Client.

   m. Mailing fee for clients who do not have email.

18. Client understands that certain debts cannot be discharged in bankruptcy. Client agrees that Client is still liable to repay any debt not discharged in Clients bankruptcy. Client understands that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy. Client further understands that the list of non-dischargeable debts may be expanded by legislation or court decisions and Attorney has no control over the type of debts that may be or become non-dischargeable.

   a. Taxes due to the IRS.

   b. Student loans as defined by statute.

   c. Debts owed for spousal or child support.

   d. Debts owed to the spouse, former spouse, or child in a domestic relations proceeding.

Linda Bal Law Inc.
Bankruptcy Retainer Agreement
Page 5 of 6

- e. Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived.
- f. Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.
- g. Consumer debts for luxury goods obtained within ninety (90) days of the date of filing of the bankruptcy petition.
- h. Cash advances obtained within seventy (70) days of the date of the filing of the bankruptcy petition.
- i. Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement or larceny.
- j. Debts owed for fines, penalties, or forfeitures payable to and for the benefit of governmental entity.
- k. Debts owed for death or personal injury arising from the operation of a motor vehicle, boat, or aircraft while intoxicated by drugs or alcohol.

19. **Client understands that filing bankruptcy does not automatically discharge or remove liens from any real estate.** Client agrees that the Attorney will not take any action to avoid (remove) any lien on real estate unless Client specifically authorizes the Attorney to do so in writing. **Client agrees that the Attorney will rely on Clients statements concerning ownership of real property and any liens attached to Clients real property.** Client agrees that no real estate title search will be conducted. Client agrees that Attorney will not conduct a public records search for lawsuits filed against Client or judgments granted against Client. Client must separately order and pay for a real estate title search, or public records search for lawsuits or judgments, if Clients wishes to obtain one. **Client agrees to hold the Attorney harmless if client later discovers liens, lawsuits or judgments against Client or against Clients real estate.**

20. Client understands that individuals who file for relief under Chapter 7 or Chapter 13 of the Bankruptcy Code are subject to audits by the U.S. Trustee. If Clients case is selected for an audit, Client agrees to pay Attorney the customary hourly rate for representing Client in such audit.

21. Client acknowledges that Client has read and understands all the terms contains in this Bankruptcy Retainer Agreement and that, whether written, spoken, recorded or transcribed by any other means, no other terms are made part of this Bankruptcy Retainer Agreement. Client is in agreement with the terms of this agreement and has signed on the signature lines below. Client further acknowledges that Client has received a copy of this Bankruptcy Retainer Agreement.

22. Client's file will be closed without a refund if case not filed within nine (9) months of opening, due to client's delay in furnishing paperwork or paying the required fees and costs.

Linda Bal Law Inc.
Bankruptcy Retainer Agreement
Page 6 of 6

Dated: ___7-7-14___

_____
Client Signature

__DANIEL  JAMES KOTTKE__
Client Printed Name

_____
Client Spouse Signature

CYNTHIA  ANN  KOTTKE
Client Spouse Printed Name

_____
Attorney at Law

Client Email Address ___CINDY KOTTKE @ sbcglobal.net___

Client Phone Number ___815-482-2111___

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Daniel James Kottke**
**Cynthia Ann Kottke**
_____ | Case No. _____
Debtor(s) | Chapter    **7**    _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Daniel James Kottke**
**Cynthia Ann Kottke**
_____    X  **/s/ Daniel James Kottke**              **January 31, 2015**
Printed Name(s) of Debtor(s)                        Signature of Debtor                            Date

Case No. (if known) _____    X  **/s/ Cynthia Ann Kottke**              **January 31, 2015**
                                                             Signature of Joint Debtor (if any)              Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Daniel James Kottke**
**Cynthia Ann Kottke**

Case No.

Debtor(s)

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 31, 2015**                    **/s/ Daniel James Kottke**
                                                                            **Daniel James Kottke**
                                                                            Signature of Debtor

Date:    **January 31, 2015**                    **/s/ Cynthia Ann Kottke**
                                                                            **Cynthia Ann Kottke**
                                                                            Signature of Debtor

AA Service Co.
550 Anthony Trail
Northbrook, IL 60062


ADVANTA BANK CORP
PO BOX 31032
TAMPA, FL 33631


Allen Maxwell &Silver
190 Sylan Ave.
Englewood Cliffs, NJ 07632


ALLIANCEONE
4850 E STREET RD
TREVOSE, PA 19053


ARM Solutions Inc
PO Box 2929
Camarillo, CA 93011


Arnold Scott Harris P.C.
111 W. Jackson Blvd., Ste.600
Chicago, IL 60604


ASAP Vending
c/o Greenberg Traurig LLP
77 W. Wacker Dr.
Chicago, IL 60607


AT& T
PO BOX 5080
Carol Stream, IL 60197-5080


AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197-6428


Bank Of America
ATTENTION: RECOVERY DEPARTMENT
4161 PEIDMONT PKWY.
GREENSBORO, NC 27410


Bank of America
PO Box 851001
Dallas, TX 75285-1001

BerkleyNet
PO Box 535080
Atlanta, GA 30353


Campbell's Tempracure
652 W. Terra Cotta
Crystal Lake, IL 60014


Capital Management Services
PO BOX 964
Buffalo, NY 14220-0120


Carson Smithfield
PO BOX 31032
Tampa, FL 33631-3032


Cartridge World Cary
3106 Three Oaks Rd
Cary, IL 60013


CBCS
PO Box 163250
Columbus, OH 43216-3250


Centegra Hospital--McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Hospital--McHenry
4201 Medical Center Dr.
McHenry, IL 60050


CHASE
P.O. BOX 15298
WILMINGTON, DE 19850


City of McHenry
333 S. Green St.
McHenry, IL 60050


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

```
Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Concession Services
1723 S. Michigan Ave.
Chicago, IL 60616


Crown Restrooms
1704 Lamb Rd., Unit B
Woodstock, IL 60098


DeHann & Bach
25 Whitney Dr, Suite 106
Milford, OH 45150


Deluxe Film Service
7620 Airport Business Parkway
Van Nuys, CA 91406


DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850


Donmar Service Corp.
PO BOX 790
Wheeling, IL 60090


Fifth Third Bank
PO BOX 630900
Cincinnati, OH 45263-0900


Fifth Third Bank
PO BOX 630337
Cincinnati, OH 45263-0900


FIRST DATA
1307 WALT WHITMAN RD
MELVILLE, NY 11747


First Insurance Funding
PO Box 66468
Chicago, IL 60666
```

Franks Gerkin McKenna
19333 E Grant Highway
Marengo, IL 60152


Freedman Anselmo Lindberg
1771 W. Diehl Rd., Ste.150
PO BOX 3228
Naperville, IL 60566-7228


Freedman Anselmo Lindberg
1771 W. Diehl Rd., Ste.150
Naperville, IL 60563


Harris & Harris
111 W. Jackson Blvd., Ste.400
Chicago, IL 60604-4134


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Hollywood Film
9265 Borden Ave.
Sun Valley, CA 91352


Home State Bank
40 Grant St.
Crystal Lake, IL 60039-1738


Home State Bank
40 Grant St.
Crystal Lake, IL 60014


IDES
Collections Section
33 S. State St.
Chicago, IL 60603


Illinois Department of Revenue
Office Collection Section
PO Box 64449
Chicago, IL 60664

```
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Jefferson Pilot
PO Box515
Concord, NH 03302-0515


Johnson Mediation Services
455 Coventry Lane, Ste 106
Crystal Lake, IL 60014


Just Energy
35190 Eagle Way
Chicago, IL 60678-1351


KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051


Lamont, Hanley & Assoc
PO Box 179
Manchester, NH 03105


Lenore and William Lemker
1184 Westport Ridge
Crystal Lake, IL 60014


Levy Diamond Bello & Assoc
PO Box 352
Milford, CT 06460


LINCOLN AUTOMOTIVE FIN
12110 EMMET ST
OMAHA, NE 68164


Lionsgate Releasing Companies
Attn: Garry Clare
4 Chase Metrotech Ctr., 7th Flr E
Brooklyn, NY 11245


McHenry County Treasurer
2200 N. Seminary Ave
Woodstock, IL 60098
```

McHenry Savings Bank
353 Bank Drive
McHenry, IL 60050


Mercy Health System
PO BOX 5003
Janesville, WI 53547-5003


Nautilus Insurance Co.
c/o Great Divide Insurance Co.
Scottsdale, AZ 85290


NCB Management Services
PO Box 1099
Langhorne, PA 19047


Nicor Gas
PO BOX 5407
Carol Stream, IL 60197-5407


Nicor Gas
PO BOX 0632
Aurora, IL 60507-0632


North Shore Gas
PO BOX A3991
Chicago, IL 60690-3991


Park Circus LLC
c/o Chris Chouninard
28355 Witherspoon Pkwy.
Valencia, CA 91355


Prince-Parker & Assoc Inc.
8625 Crown Crescent Ct.
Charlotte, NC 28247


Rhyan Holdings LLC
840 Willow Road, Ste L
Northbrook, IL 60062


Robert E. Jackowiak
2440 Waterleaf Ln
Woodstock, IL 60098

ROCKFORD MERCANTILE
2502 S. ALPINE RD
ROCKFORD, IL 61108


Rozlin Financial Group
PO Box 537
Sycamore, IL 60178


Scott Dehn
7203 Mohawk
Wonder Lake, IL 60097


Shaw Media
PO Box 250
Crystal Lake, IL 60039


State Bank of the Lakes
440 Lake St.
Antioch, IL 60002


STELLAR RECOVERY INC
1327 HIGHWAY 2 WES
KALISPELL, MT 59901


Supreme Business Services
40W595 Prairie Crossing
Elgin, IL 60123


Technicolor, Inc.
PO BOX 848498
Los Angeles, CA 90084-8498


The Methodist Hospitals
PO BOX 66525
Indianapolis, IN 46266-6525


The Weinstein Company
Attn: TWC Domestic Distribution
Dept. CH 17365
Palatine, IL 60055-7365


Twentieth Century Fox Film corp
Attn: Accounts Receivable
5799 Collection Center Dr.
Chicago, IL 60693

Tyco Integrated Security
PO Box 371967
Pittsburgh, PA 15250-7967


United Recovery Service
18525 Torrence Ave., Ste. C6
Lansing, IL 60438


US BK RMS CC
205 W 4TH ST
CINCINNATI, OH 45202


Veolia ES Solid Waste
PO Box 6484
Carol Stream, IL 60197-6484


Village of Antioch
874 Main St.
Antioch, IL 60002


Warner Bros.
PO BOX 2910
Toluca Lake, CA 91610


Waste Management
Commercial
PO Box 509
Richfield, OH 44286


Westfield Insurance
PO Box 5001
Westfield Center, OH 44251-5001


Yellow Pages United
PO BOX 53282
Atlanta, GA 30355


Zukowski, Rogers, Flood & McArdle
50 Virginia St.
Crystal Lake, IL 60014