**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KOTTKE, DANIEL JAMES | § | Case No. 15-80244 |
| KOTTKE, CYNTHIA ANN | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 31, 2015. The undersigned trustee was appointed on January 31, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       21,590.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 15.28 |
| Bank service fees | 397.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 21,177.69 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/20/2015 and the deadline for filing governmental claims was 07/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,909.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,909.00, for a total compensation of $2,909.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $221.52, for total expenses of $221.52.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2016          By: /s/JOSEPH D. OLSEN
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-80244  
**Case Name:** KOTTKE, DANIEL JAMES  
KOTTKE, CYNTHIA ANN  
**Period Ending:** 12/15/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/31/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 07/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Dwelling, Location: 3415 Venice, M | 215,000.00 | 0.00 | | 0.00 | FA |
| 2 | McHenry Theater, Location: 1204 - 1208 Green St. | 400,000.00 | 0.00 | | 0.00 | FA |
| 3 | Commercial Building, Location: 3904 Main St., Mc | 329,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash in wallet/purse | 120.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account ending in: 7377X | 582.67 | 0.00 | | 0.00 | FA |
| 6 | Savings account ending in: 4707 | 161.51 | 0.00 | | 0.00 | FA |
| 7 | Checking account ending in: 3406 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Business checking account ending in: 1101 | 501.12 | 0.00 | | 0.00 | FA |
| 9 | Checking account ending in: 3938 | 255.33 | 0.00 | | 0.00 | FA |
| 10 | Savings/Share account ending in: 7377A | 249.42 | 0.00 | | 0.00 | FA |
| 11 | Ordinary household goods and furnishings | 705.00 | 0.00 | | 0.00 | FA |
| 12 | Necessary wearing apparel | 160.00 | 0.00 | | 0.00 | FA |
| 13 | Mans watch, womans watch, wedding band, wedding | 145.00 | 0.00 | | 0.00 | FA |
| 14 | Digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Whole Life Insurance | 2,820.24 | 0.00 | | 0.00 | FA |
| 16 | Whole Life Insurance | 473.44 | 0.00 | | 0.00 | FA |
| 17 | Whole Life Insurance | 2,923.97 | 0.00 | | 0.00 | FA |
| 18 | Employer Pension | 80,550.00 | 0.00 | | 0.00 | FA |
| 19 | Brokerage Account | 2.78 | 0.00 | | 0.00 | FA |
| 20 | 2008 Lincoln MKX | 13,182.00 | 0.00 | | 6,000.00 | FA |
| 21 | 2000 Olds Bravado | 1,409.00 | 0.00 | | 0.00 | FA |
| 22 | 2006 Chevy Aveo | 2,000.00 | 0.00 | | 0.00 | FA |
| 23 | Desktop and laptop computers, printer and access | 75.00 | 0.00 | | 0.00 | FA |
| 24 | File cabinet and copy machine | 50.00 | 0.00 | | 0.00 | FA |
| 25 | Wife's inheritance  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2014 federal tax refund  (u) | 0.00 | 7,390.00 | | 7,390.00 | FA |
| 27 | 2014 state tax refund  (u) | 2,957.00 | 2,957.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80244  
**Case Name:** KOTTKE, DANIEL JAMES  
KOTTKE, CYNTHIA ANN  
**Period Ending:** 12/15/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/31/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 07/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Cashier's checks (2) (u) | 0.00 | 8,200.00 | | 8,200.00 | FA |
| 28 | **Assets Totals** (Excluding unknown values) | **$1,053,373.48** | **$18,547.00** | | **$21,590.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee administered the Debtor's equity interest in a certain vehicle and is currently administering the Debtor's 2014 federal tax refund, as well as some unutilizied cashier's checks. The Trustee has wirtten to the issuing bank on the cashier's checks and expects to collect on that account receivable in January 2016 and the Trustee is receiving payments of $400.00 per month on the Debtors' conversion of their 2014 federal income tax refund of approximatey $7,390.00 and the Trustee still needs to collect approximately $4,800.00.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015        **Current Projected Date Of Final Report (TFR):** June 30, 2017

Printed: 12/15/2016 11:02 AM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-80244 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KOTTKE, DANIEL JAMES | | Bank Name: | Rabobank, N.A. |
| | KOTTKE, CYNTHIA ANN | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***7869 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/15/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/15 | {20} | Cynthia Kottke | payment on Lincoln | 1129-000 | 1,000.00 | | 1,000.00 |
| 04/27/15 | {20} | Cynthia A. Kottke | monthly pymt regarding Lincoln | 1129-000 | 2,000.00 | | 3,000.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 05/04/15 | {20} | Cynthia A. Kottke | final pymt | 1129-000 | 3,000.00 | | 5,990.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #15-80244, BOND #016018067 | 2300-000 | | 7.56 | 5,972.44 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,962.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,952.44 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,942.44 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,932.44 |
| 10/20/15 | {26} | Home State Bank | From Cynthia Kottke re: partial repayment of converted refund | 1224-000 | 1,000.00 | | 6,932.44 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,922.44 |
| 11/25/15 | {26} | Cynthia A. Kottke | 2014 fed tax refund | 1224-000 | 400.00 | | 7,322.44 |
| 11/25/15 | {26} | Daniel and Cynthia Kottke | 2014 Fed Tax refund. | 1224-000 | 190.00 | | 7,512.44 |
| 11/25/15 | {26} | Daniel and Cynthia Kottke | 2014 fed. tax return | 1224-000 | 1,000.00 | | 8,512.44 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,502.44 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 8,488.99 |
| 01/04/16 | {26} | Dan and Cynthia Kottke | pymt re: tax refund | 1224-000 | 400.00 | | 8,888.99 |
| 01/04/16 | {28} | State Bank of the Lakes | Reissuance of (2) cashier's checks | 1229-000 | 8,200.00 | | 17,088.99 |
| 01/19/16 | {26} | Dan and Cynthia Kottke | Mo. pymt re: tax returns | 1224-000 | 400.00 | | 17,488.99 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.81 | 17,467.18 |
| 02/12/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 17,867.18 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.42 | 17,842.76 |
| 03/14/16 | {26} | Cynthia Kottke | mo. pymt. - re: tax refund | 1224-000 | 400.00 | | 18,242.76 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.46 | 18,214.30 |
| 04/18/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 18,614.30 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.42 | 18,588.88 |
| 05/23/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax return | 1224-000 | 400.00 | | 18,988.88 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.85 | 18,963.03 |
| 06/02/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-80244 | 2300-000 | | 7.72 | 18,955.31 |
| 06/22/16 | {26} | Daniel & Cynthia Kottke | repayment re: federl tax refund | 1224-000 | 250.00 | | 19,205.31 |
| 06/22/16 | {26} | Daniel & Cynthia Kottke | repayment on federal tax return | 1224-000 | 150.00 | | 19,355.31 |

Subtotals :    $19,590.00    $234.69

{} Asset reference(s)

Printed: 12/15/2016 11:02 AM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-80244 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** KOTTKE, DANIEL JAMES | **Bank Name:** Rabobank, N.A. |
| KOTTKE, CYNTHIA ANN | **Account:** ******5166 - Checking Account |
| **Taxpayer ID #:** **-***7869 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 12/15/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.04 | 19,325.27 |
| 07/21/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 19,725.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.87 | 19,698.40 |
| 08/17/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 20,098.40 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.32 | 20,067.08 |
| 09/26/16 | {26} | Daniel Kottke & Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 500.00 | | 20,567.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.85 | 20,538.23 |
| 10/24/16 | {26} | Daniel & Cynthia Kottke | | 1224-000 | 400.00 | | 20,938.23 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.55 | 20,909.68 |
| 11/30/16 | {26} | Daniel & Cynthia Kottke | monthly loan payment on federal tax refund | 1224-000 | 300.00 | | 21,209.68 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.99 | 21,177.69 |
| | | | **ACCOUNT TOTALS** | | 21,590.00 | 412.31 | **$21,177.69** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,590.00 | 412.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,590.00** | **$412.31** | |

| | |
|---|---|
| Net Receipts : | 21,590.00 |
| Net Estate : | $21,590.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5166** | 21,590.00 | 412.31 | 21,177.69 |
| | **$21,590.00** | **$412.31** | **$21,177.69** |

{} Asset reference(s)                                                                                    Printed: 12/15/2016 11:02 AM    V.13.28

# Exhibit "C" - Analysis of Claims Register

## Case:  15-80244    KOTTKE, DANIEL JAMES

**Case Balance:** $21,177.69    **Total Proposed Payment:** $21,177.69    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Attorney Joseph D Olsen <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,390.50 | 1,390.50 | 0.00 | 1,390.50 | 1,390.50 | 19,787.19 |
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 221.52 | 221.52 | 0.00 | 221.52 | 221.52 | 19,565.67 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,909.00 | 2,909.00 | 0.00 | 2,909.00 | 2,909.00 | 16,656.67 |
| 13S | Illinois Dept. of Employment Security | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,656.67 |
| 2P | Illinois Department of Revenue Bankruptcy Section | Priority | 14,688.37 | 14,688.37 | 0.00 | 14,688.37 | 5,991.28 | 10,665.39 |
| 3 | Internal Revenue Service | Priority | 1,264.80 | 1,264.80 | 0.00 | 1,264.80 | 515.90 | 10,149.49 |
| 13P | Illinois Dept. of Employment Security | Priority | 24,882.75 | 24,882.75 | 0.00 | 24,882.75 | 10,149.49 | 0.00 |
| 1 | Illinois Department of Revenue Bankruptcy Section | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue Bankruptcy Section | Unsecured | 3,479.48 | 3,479.48 | 0.00 | 3,479.48 | 0.00 | 0.00 |
| 4 | Discover Bank | Unsecured | 6,460.55 | 6,460.55 | 0.00 | 6,460.55 | 0.00 | 0.00 |
| 5 | Walt Disney Studios Motion Pictures | Unsecured | 16,242.09 | 16,242.09 | 0.00 | 16,242.09 | 0.00 | 0.00 |
| 6 | Twentieth Century Fox Films Corporation | Unsecured | 2,400.09 | 2,400.09 | 0.00 | 2,400.09 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | Unsecured | 1,156.93 | 1,156.93 | 0.00 | 1,156.93 | 0.00 | 0.00 |
| 8 | Advanta Bank Corporation | Unsecured | 3,516.27 | 3,516.27 | 0.00 | 3,516.27 | 0.00 | 0.00 |
| 9 | Fifth Third Bank | Unsecured | 870,332.70 | 870,332.70 | 0.00 | 870,332.70 | 0.00 | 0.00 |
| 10 | Sysco Chicago Inc | Unsecured | 2,195.17 | 2,195.17 | 0.00 | 2,195.17 | 0.00 | 0.00 |
| 11 | nicor gas | Unsecured | 502.37 | 502.37 | 0.00 | 502.37 | 0.00 | 0.00 |
| 12 | Zukowski, Rogers, Flood & McArdle | Unsecured | 15,978.16 | 15,978.16 | 0.00 | 15,978.16 | 0.00 | 0.00 |
| 13U | Illinois Dept. of Employment Security | Unsecured | 300.00 | 300.00 | 0.00 | 300.00 | 0.00 | 0.00 |

# Exhibit "C" - Analysis of Claims Register

## Case:  15-80244    KOTTKE, DANIEL JAMES

| **Case Balance:** | $21,177.69 | **Total Proposed Payment:** | $21,177.69 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 15-80244 :** | | **$967,920.75** | **$967,920.75** | **$0.00** | **$967,920.75** | **$21,177.69** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $4,521.02 | $4,521.02 | $0.00 | $4,521.02 | 100.000000% |
| **Total Priority Claims :** | $40,835.92 | $40,835.92 | $0.00 | $16,656.67 | 40.789261% |
| **Total Secured Claims :** | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $922,563.81 | $922,563.81 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-80244
Case Name: KOTTKE, DANIEL JAMES
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**   $   21,177.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | Illinois Dept. of Employment Security | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   21,177.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,909.00 | 0.00 | 2,909.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 221.52 | 0.00 | 221.52 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 1,390.50 | 0.00 | 1,390.50 |

Total to be paid for chapter 7 administration expenses:   $   4,521.02
Remaining balance:   $   16,656.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   16,656.67

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $40,835.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue Bankruptcy Section | 14,688.37 | 0.00 | 5,991.28 |
| 3 | Internal Revenue Service | 1,264.80 | 0.00 | 515.90 |
| 13P | Illinois Dept. of Employment Security | 24,882.75 | 0.00 | 10,149.49 |

Total to be paid for priority claims:  $           16,656.67
Remaining balance:  $                0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 922,263.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue Bankruptcy Section | 3,479.48 | 0.00 | 0.00 |
| 4 | Discover Bank | 6,460.55 | 0.00 | 0.00 |
| 5 | Walt Disney Studios Motion Pictures | 16,242.09 | 0.00 | 0.00 |
| 6 | Twentieth Century Fox Films Corporation | 2,400.09 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 1,156.93 | 0.00 | 0.00 |
| 8 | Advanta Bank Corporation | 3,516.27 | 0.00 | 0.00 |
| 9 | Fifth Third Bank | 870,332.70 | 0.00 | 0.00 |
| 10 | Sysco Chicago Inc | 2,195.17 | 0.00 | 0.00 |
| 11 | nicor gas | 502.37 | 0.00 | 0.00 |
| 12 | Zukowski, Rogers, Flood & McArdle | 15,978.16 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 300.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13U | Illinois Dept. of Employment Security | 300.00 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**