## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| DANIEL J. KOTTKE and | § | |
| CYNTHIA A. KOTTKE | § | Case Number: 15-80244 |
| | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

### CERTIFICATE OF SERVICE

The undersigned certifies that on __January 4th__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Bernard Natale
1639 North Alpine Road Suite 401
Rockford, IL 61107

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| Daniel Kottke<br>3904 Main Street<br>McHenry, IL 60050-5243 | Ford Motor Credit Company LLC<br>C/O Steven L. Nelson<br>P.O. Box 719<br>Moline, IL 61266-0719 | Home State Bank, N.A.<br>40 Grant Street<br>Crystal Lake, IL 60014-4367 |
| State Bank of the Lakes<br>Chuhak & Tecson, P.C. c/o CJ Rog<br>30 S. Wacker Drive Suite 2600<br>Chicago, IL 60606-7512 | Cynthia Kottke<br>3904 Main Street<br>McHenry, IL 60050-5243 | AA Service Co.<br>550 Anthony Trail<br>Northbrook, IL 60062-2538 |
| ADVANTA BANK CORP<br>PO BOX 31032<br>TAMPA, FL 33631-3032 | ALLIANCEONE<br>4850 E STREET RD<br>TREVOSE, PA 19053-6643 | ARM Solutions Inc<br>PO Box 2929<br>Camarillo, CA 93011-2929 |
| ASAP Vending<br>c/o Greenberg Traurig LLP<br>77 W. Wacker Dr.<br>Chicago, IL 60601-1604 | AT& T<br>PO BOX 5080<br>Carol Stream, IL 60197-5080 | AT&T Mobility<br>PO BOX 6463<br>Carol Stream, IL 60197-6463 |
| Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Allen Maxwell &Silver<br>190 Sylan Ave.<br>Englewood Cliffs, NJ 07632-2533 | Arnold Scott Harris P.C.<br>111 W. Jackson Blvd., Ste.600<br>Chicago, IL 60604-3517 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | US Bank<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | BerkleyNet<br>PO Box 535080<br>Atlanta, GA 30353-5080 |
| CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5298 | Campbell's Tempracure<br>652 W. Terra Cotta<br>Crystal Lake, IL 60014-3462 |
| Capital Management Services<br>PO BOX 964<br>Buffalo, NY 14220-0964 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Carson Smithfield<br>PO BOX 31032<br>Tampa, FL 33631-3032 |
| Cartridge World Cary<br>3106 Three Oaks Rd<br>Cary, IL 60013-1699 | United Recovery Service<br>18525 Torrence Ave Suite C6<br>Lansing, IL 60438-2891 | Centegra Hospital--McHenry<br>P.O. Box 1447<br>Woodstock, IL 60098-1447 |
| City of McHenry<br>333 S. Green St.<br>McHenry, IL 60050-5495 | Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 |

Concession Services
1723 S. Michigan Ave.
Chicago, IL 60616-1289

Crown Restrooms
1704 Lamb Rd., Unit B
Woodstock, IL 60098-9646

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850-5316

DeHann & Bach
25 Whitney Dr, Suite 106
Milford, OH 45150-8400

Deluxe Film Service
7620 Airport Business Parkway
Van Nuys, CA 91406-1718

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Donnar Service Corp.
PO BOX 790
Wheeling, IL 60090-0790

FIRST DATA
1307 WALT WHITMAN RD
MELVILLE, NY 11747-4819

Veolia ES Solid Waste
P.O. Box 6484
Carol Stream, IL 60197-6484

Fifth Third Bank
PO BOX 630900
Cincinnati, OH 45263-0900

Fifth Third Bank
c/o Diver Grachk Quade & Masini LLP
111 N County Street
Waukegan, IL 60085-4344

First Insurance Funding
PO Box 66468
Chicago, IL 60666-0468

Franks Gerkin McKenna
19333 E Grant Highway
Marengo, IL 60152-8234

Village of Antioch
874 Main Street
Antioch, IL 60002-1577

Freedman Anselmo Lindberg
1771 W. Diehl Rd., Ste.150
PO BOX 3228
Naperville, IL 60566-3228

Harris & Harris
111 W. Jackson Blvd., Ste.400
Chicago, IL 60604-4135

Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654-1421

Hollywood Film
9265 Borden Ave.
Sun Valley, CA 91352-2034

Home State Bank
40 Grant St.
Crystal Lake, IL 60014-4367

Warner Bros
P.O. Box 2910
Toluca Lake, Ca 91610-0910

Illinois Department of Revenue
Office Collection Section
PO Box 64449
Chicago, IL 60664-0449

Zukowski Rogers Flood & McArdle
50 Virginia Street
Crystal Lake, IL 60014-4126

Illinois Dept. of Employment Security
33 S State St., 10th Flr CEU Bky
Chicago, Illinois 60603-2808
Attn. Amelia Yabes

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Yellow Pages United
PO Box 53282
Atlanta, GA 30355-1282

Jefferson Pilot
PO Box515
Concord, NH 03302-0515

Johnson Mediation Services
455 Coventry Lane, Ste 106
Crystal Lake, IL 60014-7570

Just Energy
35190 Eagle Way
Chicago, IL 60678-1351

KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051-7096

LINCOLN AUTOMOTIVE FIN
12110 EMMET ST
OMAHA, NE 68164-4263

| | | |
|---|---|---|
| Lamont, Hanley & Assoc<br>PO Box 179<br>Manchester, NH 03105-0179 | Lenore and William Lemker<br>1184 Westport Ridge<br>Crystal Lake, IL 60014-8989 | Levy Diamond Bello & Assoc<br>PO Box 352<br>Milford, CT 06460-0352 |
| Lionsgate Releasing Companies<br>Attn: Garry Clare<br>4 Chase Metrotech Ctr., 7th Flr E<br>Brooklyn, NY 11245-0003 | McHenry County Treasurer<br>2200 N. Seminary Ave<br>Woodstock, IL 60098-2694 | McHenry Savings Bank<br>353 Bank Drive<br>McHenry, IL 60050-0506 |
| Mercy Health System<br>PO BOX 5003<br>Janesville, WI 53547-5003 | NCB Management Services<br>PO Box 1099<br>Langhorne, PA 19047-6099 | US Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 |
| Nicor Gas<br>PO BOX 5407<br>Carol Stream, IL 60197-5407 | North Shore Gas<br>PO BOX A3991<br>Chicago, IL 60690-3991 | United Recovery Service<br>18525 Torrence Ave Suite C6<br>Lansing, IL 60438-2891 |
| Park Circus LLC<br>c/o Chris Chouinard<br>28355 Witherspoon Pkwy.<br>Valencia, CA 91355-4178 | Prince-Parker & Assoc Inc.<br>8625 Crown Crescent Ct.<br>Charlotte, NC 28227-6795 | ROCKFORD MERCANTILE<br>2502 S. ALPINE RD<br>ROCKFORD, IL 61108-7813 |
| Rhyan Holdings LLC<br>840 Willow Road, Ste L<br>Northbrook, IL 60062-6823 | Robert E. Jackowiak<br>2440 Waterleaf Ln<br>Woodstock, IL 60098-9207 | Rozlin Financial Group<br>PO Box 537<br>Sycamore, IL 60178-0537 |
| STELLAR RECOVERY INC<br>1327 HIGHWAY 2 WES<br>KALISPELL, MT 59901 | Scott Dehn<br>7203 Mohawk<br>Wonder Lake, IL 60097-8359 | Shaw Media<br>PO Box 250<br>Crystal Lake, IL 60039-0250 |
| State Bank of the Lakes<br>440 Lake St.<br>Antioch, IL 60002-1478 | Supreme Business Services<br>40W595 Prairie Crossing<br>Elgin, IL 60124-8256 | Sysco Chicago Inc<br>c/o Jay K. Levy & Associates<br>PO Box 1181<br>Evanston, IL 60204-1181 |
| Technicolor, Inc.<br>PO BOX 848498<br>Los Angeles, CA 90084-8498 | The Methodist Hospitals<br>PO BOX 66525<br>Indianapolis, IN 46266-6525 | The Weinstein Company<br>Attn: TWC Domestic Distribution<br>Dept. CH 17365<br>Palatine, IL 60055-7365 |
| Twentieth Century Fox Film corp<br>Attn: Accounts Receivable<br>5799 Collection Center Dr.<br>Chicago, IL 60693-0057 | Tyco Integrated Security<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | Veolia ES Solid Waste<br>P.O. Box 6484<br>Carol Stream, IL 60197-6484 |

Waste Management
Commercial
PO Box 509
Richfield, OH 44286-0509

Westfield Insurance
PO Box 5001
Westfield Center, OH 44251-5001