## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KOTTKE, DANIEL JAMES　　　　　　　　§　Case No. 15-80244
　　　　KOTTKE, CYNTHIA ANN　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,040,191.48　　　　　　　Assets Exempt: $93,510.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,656.67　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $946,743.06

Total Expenses of Administration: $4,933.33

---

　　　3) Total gross receipts of $   21,590.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $21,590.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,933.33 | 4,933.33 | 4,933.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 40,835.92 | 40,835.92 | 16,656.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 922,563.81 | 922,563.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $968,333.06 | $968,333.06 | $21,590.00 |

4) This case was originally filed under Chapter 7 on January 31, 2015. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017          By: /s/JOSEPH D. OLSEN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Lincoln MKX | 1129-000 | 6,000.00 |
| 2014 federal tax refund | 1224-000 | 7,390.00 |
| Cashier's checks (2) | 1229-000 | 8,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,590.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13S | Illinois Dept. of Employment Security | 4110-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,909.00 | 2,909.00 | 2,909.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 221.52 | 221.52 | 221.52 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,390.50 | 1,390.50 | 1,390.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 7.56 | 7.56 | 7.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 13.45 | 13.45 | 13.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 21.81 | 21.81 | 21.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 24.42 | 24.42 | 24.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 28.46 | 28.46 | 28.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 25.42 | 25.42 | 25.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 25.85 | 25.85 | 25.85 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 7.72 | 7.72 | 7.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 30.04 | 30.04 | 30.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 26.87 | 26.87 | 26.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 31.32 | 31.32 | 31.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 28.85 | 28.85 | 28.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 28.55 | 28.55 | 28.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 31.99 | 31.99 | 31.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $4,933.33 | $4,933.33 | $4,933.33 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 14,688.37 | 14,688.37 | 5,991.28 |
| 3 | Internal Revenue Service | 5800-000 | N/A | 1,264.80 | 1,264.80 | 515.90 |
| 13P | Illinois Dept. of Employment Security | 5800-000 | N/A | 24,882.75 | 24,882.75 | 10,149.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $40,835.92 | $40,835.92 | $16,656.67 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 3,479.48 | 3,479.48 | 0.00 |
| 4 | Discover Bank | 7100-000 | N/A | 6,460.55 | 6,460.55 | 0.00 |
| 5 | Walt Disney Studios Motion Pictures | 7100-000 | N/A | 16,242.09 | 16,242.09 | 0.00 |
| 6 | Twentieth Century Fox Films Corporation | 7100-000 | N/A | 2,400.09 | 2,400.09 | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | N/A | 1,156.93 | 1,156.93 | 0.00 |
| 8 | Advanta Bank Corporation | 7100-000 | N/A | 3,516.27 | 3,516.27 | 0.00 |
| 9 | Fifth Third Bank | 7100-000 | N/A | 870,332.70 | 870,332.70 | 0.00 |
| 10 | Sysco Chicago Inc | 7100-000 | N/A | 2,195.17 | 2,195.17 | 0.00 |
| 11 | nicor gas | 7100-000 | N/A | 502.37 | 502.37 | 0.00 |
| 12 | Zukowski, Rogers, Flood & McArdle | 7100-000 | N/A | 15,978.16 | 15,978.16 | 0.00 |
| 13U | Illinois Dept. of Employment Security | 7200-000 | N/A | 300.00 | 300.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $922,563.81 | $922,563.81 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80244  
**Case Name:** KOTTKE, DANIEL JAMES  
KOTTKE, CYNTHIA ANN  
**Period Ending:** 03/14/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/31/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 07/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Dwelling, Location: 3415 Venice, M | 215,000.00 | 0.00 | | 0.00 | FA |
| 2 | McHenry Theater, Location: 1204 - 1208 Green St. | 400,000.00 | 0.00 | | 0.00 | FA |
| 3 | Commercial Building, Location: 3904 Main St., Mc | 329,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash in wallet/purse | 120.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account ending in: 7377X | 582.67 | 0.00 | | 0.00 | FA |
| 6 | Savings account ending in: 4707 | 161.51 | 0.00 | | 0.00 | FA |
| 7 | Checking account ending in: 3406 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Business checking account ending in: 1101 | 501.12 | 0.00 | | 0.00 | FA |
| 9 | Checking account ending in: 3938 | 255.33 | 0.00 | | 0.00 | FA |
| 10 | Savings/Share account ending in: 7377A | 249.42 | 0.00 | | 0.00 | FA |
| 11 | Ordinary household goods and furnishings | 705.00 | 0.00 | | 0.00 | FA |
| 12 | Necessary wearing apparel | 160.00 | 0.00 | | 0.00 | FA |
| 13 | Mans watch, womans watch, wedding band, wedding | 145.00 | 0.00 | | 0.00 | FA |
| 14 | Digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Whole Life Insurance | 2,820.24 | 0.00 | | 0.00 | FA |
| 16 | Whole Life Insurance | 473.44 | 0.00 | | 0.00 | FA |
| 17 | Whole Life Insurance | 2,923.97 | 0.00 | | 0.00 | FA |
| 18 | Employer Pension | 80,550.00 | 0.00 | | 0.00 | FA |
| 19 | Brokerage Account | 2.78 | 0.00 | | 0.00 | FA |
| 20 | 2008 Lincoln MKX | 13,182.00 | 0.00 | | 6,000.00 | FA |
| 21 | 2000 Olds Bravado | 1,409.00 | 0.00 | | 0.00 | FA |
| 22 | 2006 Chevy Aveo | 2,000.00 | 0.00 | | 0.00 | FA |
| 23 | Desktop and laptop computers, printer and access | 75.00 | 0.00 | | 0.00 | FA |
| 24 | File cabinet and copy machine | 50.00 | 0.00 | | 0.00 | FA |
| 25 | Wife's inheritance  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2014 federal tax refund  (u) | 0.00 | 7,390.00 | | 7,390.00 | FA |
| 27 | 2014 state tax refund  (u) | 2,957.00 | 2,957.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80244  
**Case Name:** KOTTKE, DANIEL JAMES  
KOTTKE, CYNTHIA ANN  
**Period Ending:** 03/14/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/31/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 07/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Cashier's checks (2) (u) | 0.00 | 8,200.00 | | 8,200.00 | FA |
| 28 | **Assets Totals** (Excluding unknown values) | **$1,053,373.48** | **$18,547.00** | | **$21,590.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

During 2016 the Trustee completed his administration of the estate and has prepared his final report and submitted same to the U.S. Trustee's Office. It is expected it will be filed with the court shortly.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   January 3, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-80244 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KOTTKE, DANIEL JAMES | | Bank Name: | Rabobank, N.A. |
| | KOTTKE, CYNTHIA ANN | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***7869 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/14/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/15 | {20} | Cynthia Kottke | payment on Lincoln | 1129-000 | 1,000.00 | | 1,000.00 |
| 04/27/15 | {20} | Cynthia A. Kottke | monthly pymt regarding Lincoln | 1129-000 | 2,000.00 | | 3,000.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 05/04/15 | {20} | Cynthia A. Kottke | final pymt | 1129-000 | 3,000.00 | | 5,990.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #15-80244, BOND #016018067 | 2300-000 | | 7.56 | 5,972.44 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,962.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,952.44 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,942.44 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,932.44 |
| 10/20/15 | {26} | Home State Bank | From Cynthia Kottke re: partial repayment of converted refund | 1224-000 | 1,000.00 | | 6,932.44 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,922.44 |
| 11/25/15 | {26} | Cynthia A. Kottke | 2014 fed tax refund | 1224-000 | 400.00 | | 7,322.44 |
| 11/25/15 | {26} | Daniel and Cynthia Kottke | 2014 Fed Tax refund. | 1224-000 | 190.00 | | 7,512.44 |
| 11/25/15 | {26} | Daniel and Cynthia Kottke | 2014 fed. tax return | 1224-000 | 1,000.00 | | 8,512.44 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,502.44 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 8,488.99 |
| 01/04/16 | {26} | Dan and Cynthia Kottke | pymt re: tax refund | 1224-000 | 400.00 | | 8,888.99 |
| 01/04/16 | {28} | State Bank of the Lakes | Reissuance of (2) cashier's checks | 1229-000 | 8,200.00 | | 17,088.99 |
| 01/19/16 | {26} | Dan and Cynthia Kottke | Mo. pymt re: tax returns | 1224-000 | 400.00 | | 17,488.99 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.81 | 17,467.18 |
| 02/12/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 17,867.18 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.42 | 17,842.76 |
| 03/14/16 | {26} | Cynthia Kottke | mo. pymt. - re: tax refund | 1224-000 | 400.00 | | 18,242.76 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.46 | 18,214.30 |
| 04/18/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 18,614.30 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.42 | 18,588.88 |
| 05/23/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax return | 1224-000 | 400.00 | | 18,988.88 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.85 | 18,963.03 |
| 06/02/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-80244 | 2300-000 | | 7.72 | 18,955.31 |
| 06/22/16 | {26} | Daniel & Cynthia Kottke | repayment re: federl tax refund | 1224-000 | 250.00 | | 19,205.31 |
| 06/22/16 | {26} | Daniel & Cynthia Kottke | repayment on federal tax return | 1224-000 | 150.00 | | 19,355.31 |

Subtotals :    $19,590.00    $234.69

{} Asset reference(s)    Printed: 03/14/2017 12:12 PM    V.13.30

Case 15-80244    Doc 52    Filed 03/27/17    Entered 03/27/17 14:22:38    Desc Main
Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-80244  
**Case Name:** KOTTKE, DANIEL JAMES  
KOTTKE, CYNTHIA ANN  
**Taxpayer ID #:** **-***7869  
**Period Ending:** 03/14/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.04 | 19,325.27 |
| 07/21/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 19,725.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.87 | 19,698.40 |
| 08/17/16 | {26} | Daniel and Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 400.00 | | 20,098.40 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.32 | 20,067.08 |
| 09/26/16 | {26} | Daniel Kottke & Cynthia Kottke | mo. pymt re: tax refund | 1224-000 | 500.00 | | 20,567.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.85 | 20,538.23 |
| 10/24/16 | {26} | Daniel & Cynthia Kottke | | 1224-000 | 400.00 | | 20,938.23 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.55 | 20,909.68 |
| 11/30/16 | {26} | Daniel & Cynthia Kottke | monthly loan payment on federal tax refund | 1224-000 | 300.00 | | 21,209.68 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.99 | 21,177.69 |
| 01/25/17 | 103 | JOSEPH D. OLSEN | | 2100-000 | | 2,909.00 | 18,268.69 |
| 01/25/17 | 104 | JOSEPH D. OLSEN | | 2200-000 | | 221.52 | 18,047.17 |
| 01/25/17 | 105 | Attorney Joseph D Olsen | | 3110-000 | | 1,390.50 | 16,656.67 |
| 01/25/17 | 106 | Illinois Department of Revenue Bankruptcy Section | | 5800-000 | | 5,991.28 | 10,665.39 |
| 01/25/17 | 107 | Internal Revenue Service | | 5800-000 | | 515.90 | 10,149.49 |
| 01/25/17 | 108 | Illinois Dept. of Employment Security | | 5800-000 | | 10,149.49 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 21,590.00 | 21,590.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 21,590.00 | 21,590.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $21,590.00 | $21,590.00 | |

Net Receipts :         21,590.00  
─────────────  
Net Estate :         $21,590.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5166** | 21,590.00 | 21,590.00 | 0.00 |
| | $21,590.00 | $21,590.00 | $0.00 |

{} Asset reference(s)